**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE** | § | **Chapter 11** |
| **EL DORADO GAS & OIL, INC.** | § | **Case No. 23-51715-JAW** |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| **PARK ENERGY SERVICES, LLC** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Adversary No. 26-06008** |
| **EL DORADO GAS & OIL, INC., HUGOTON OPERATING COMPANY, INC., BLUESTONE NATURAL RESOURCES II – SOUTH TEXAS, LLC, and FIRST SERVICE BANK,** | § | |
| **Defendants.** | § | |

**FIRST SERVICE BANK'S MOTION TO DISMISS**

First Service Bank ("FSB"), a secured lender of one of the above-captioned debtors, El Dorado Gas & Oil, Inc., hereby files this *its Motion to Dismiss* (the "Motion") Park Energy Services, LLC's ("Park Energy") Complaint [ECF No. 1] (the "Complaint") filed in the above-captioned adversary proceeding (the "Adversary Proceeding"). In support thereof, FSB attaches as an exhibit or incorporates by reference the following:

- A Proposed Order Granting FSB's Motion to Dismiss, attached hereto as Exhibit 1.

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal tax identification number are: El Dorado Gas & Oil, Inc. (4581) and Hugoton Operating Company, Inc. (3245); Bluestone Natural Resources II – South Texas, LLC (4581); and World Aircraft, Inc. (4581).

- A compilation of lien affidavits publicly filed by Park Energy, attached hereto as Exhibit 2. As publicly filed documents, the Court may take judicial notice of the statements made therein. Fed. R. Evidence 201;

- FSB's Memorandum in Support to the Motion, which is being filed in support of this Motion.

WHEREFORE, PREMISES CONSIDERED, for the foregoing reasons, Park Energy's Complaint fails to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6) and should therefore be dismissed. Accordingly, FSB respectfully requests that the Court enter an Order (i) granting this Motion; (ii) dismissing Park Energy's Complaint with prejudice; and (iv) granting FSB any further relief to which it may be entitled.

Respectfully submitted on March 23, 2026.

Respectfully submitted,

*<u>/s/ Jack Crawford</u>*

John A. Crawford, Jr. (Miss. Bar No. 10346)
BUTLER SNOW LLP
P.O. Box 6010
Ridgeland, MS 39158-6010
T: (601) 948-5711
F: (601) 985-4500
E: jack.crawford@butlersnow.com

-and-

**OKIN ADAMS BARTLETT CURRY, LLP**

David L. Curry, Jr. (Texas Bar No. 24065107)
Edward A. Clarkson, III (Texas Bar No. 24059118)
Kelley Killorin Edwards (Texas Bar No. 24129017)
1113 Vine Street, Ste. 240
Houston, TX 77002

**ATTORNEYS FOR FIRST SERVICE BANK**

**CERTIFICATE OF SERVICE**

I, John A. Crawford, Jr., hereby certify that on March 23, 2026, a true and correct copy of the foregoing Motion was served via the Court's CM/ECF system to all parties consenting to service through the same.

By: *__/s/ Jack Crawford__*
John A. Crawford, Jr.