# Exhibit 2

DUVAL COUNTY
ARASELI B. LICHTENBERGER
Duval County Clerk
San Diego, Texas 78384

33606

70 2024 00033606

Instrument Number: 2024-33606
As
RECORDINGS

Recorded On: May 07, 2024

Parties: PARK ENERGY SERVICES LLC
To EL DORADO GAS & OIL INC

Billable Pages: 22
Number of Pages: 23

Comment: ENVELOPE

( Parties listed above are for Clerks reference only )

** Examined and Charged as Follows: **

| | |
|---|---|
| RECORDINGS | 113.00 |
| Total Recording: | 113.00 |

************ DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

Document Number: 2024-33606
Receipt Number: 166192
Recorded Date/Time: May 07, 2024 02:39:16P
Book-Vol/Pg: BK-OR VL-774 PG-546
User / Station: D Stansell - Cash Station 2

**Record and Return To:**

DORE ROTHBERG MCKAY PC
16225 PARK TEN PLACE
STE 700
HOUSTON TX 77084

COUNTY CLERK DUVAL COUNTY, TEXAS

**State of Texas** **County of Duval**

I hereby certify that this instrument was filed on the date and time stamped hereon and was duly recorded in the volume and page in the OFFICIAL RECORDS of Duval County, Texas
Araseli B. Lichtenberger
Duval County Clerk

By: ________ Deputy

Vol Pg
774 546

33606

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – Atchison Estate Well Nos. 1-7

# LIEN CLAIMANT'S AFFIDAVIT AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF DUVAL §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$32,300.91** | **Invoice Nos.:**<br>78317, 79568, 80834,<br>82098, 83337, 84578,<br>85804, 87012, 88247, 90396 | From<br>May 1, 2023<br>To<br>January 9, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**HUGOTON OPERATING COMPANY, INC.**
1261 Pass Road
Gulfport, MS 39501

**DIVERSIFIED PRODUCTION, LLC f/k/a DP BLUEBONNET, LLC**
P.O. Box 381087
Birmingham, AL 35238

**BLUESTONE NATURAL RESOURCES II, LLC**
2 West 2nd Street, Suite 1700
Tulsa, OK 74103

**BLUESTONE NATURAL RESOURCES II –SOUTH TEXAS, LLC**
1261 Pass Road
Gulfport, MS 39501

**DP PRODUCTION HOLDINGS II, LLC f/k/a CARDINAL BIRD HOLDINGS, LLC**
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **DUVAL** County, Texas, containing approximately **951.05** acres of land, more or less, being situated in the **SECTIONS 34 & 35, GB & CNG R.R. and CAVITT, T. A. SURVEYS, ABSTRACTS 1704 & 714,** being more particularly described by that certain Memorandum of Oil and Gas Lease, by and between the Estate of Peter Atchison, as Lessor, and EOG Resources, Inc., as Lessee, filed for record on August 26, 2005, under Volume 403, Page 238 in the Official Public Records of Duval County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

i. **Atchison Estate Well No. 1**, RRC Permit No. 642273, API No. 42-131-39001, being located at a surface location of 570.0 feet from the SOUTH line and 1,780.0 feet from the EAST line of the lease and the GB&CNG RR CO/CAVITT, T. A. SURVEY, ABSTRACT 1704, SECTION 34 in DUVAL County, Texas;

ii. **Atchison Estate Well No. 2**, RRC Permit No. 660624, API No. 42-131-39091, being located at a surface location of 1,790.0 feet from the NORTH line and 705.0 feet from the WEST line of the lease; and 1,790.0 feet from the NORTH and 3,410.0 feet from the WEST line of the

GB&CNG RR CO SURVEY, ABSTRACT 714, SECTION 35 in DUVAL County, Texas;

iii. **Atchison Estate Well No. 3**, RRC Permit No. 648227, API No. 42-131-39035, being located at a surface location of 850.0 feet from the SOUTH line and 775.0 feet from the WEST line of the lease; and 850.0 feet from the SOUTH and 2,940.0 feet from the S'LY WEST line of the GB&CNG RR CO/CAVITT, T A SURVEY, ABSTRACT 1704, SECTION 34 in DUVAL County, Texas;

iv. **Atchison Estate Well No. 4**, RRC Permit No. 654638, API No. 42-131-39061, being located at a surface location of 2,165.0 feet from the SOUTH line and 515.0 feet from the WEST line of the lease; and 2,165.0 feet from the SOUTH and 1,750.0 feet from the WEST line of the GB&CNG RR CO/CAVITT, T A SURVEY, ABSTRACT 1704, SECTION 34 in DUVAL County, Texas;

v. **Atchison Estate Well No. 5**, RRC Permit No. 664980, API No. 42-131-39104, being located at a surface location of 1,580.0 feet from the SOUTH line and 1,760.0 feet from the WEST line of the lease; and 1,580.0 feet from the SOUTH and 2,525.0 feet from the EAST line of the GB&CNG RR CO/CAVITT, T A SURVEY, ABSTRACT 1704, SECTION 34 in DUVAL County, Texas;

vi. **Atchison Estate Well No. 6**, RRC Permit No. 668238, API No. 42-131-39113, being located at a surface location of 1,150.0 feet from the EAST line and 1,600.0 feet from the SOUTH line of the lease and of the GB&CNG RR CO/CAVITT, T A SURVEY, ABSTRACT 1704, SECTION 34 in DUVAL County, Texas;

vii. **Atchison Estate Well No. 7**, RRC Permit No. 669827, API No. 42-131-39121, being located at a surface location of 520.0 feet from the EAST line and 3,000.0 feet from the SOUTH line of the lease; and 1,790.0 feet of the NORTH line and 520.0 feet from the EAST line of the GB&CNG RR CO/CAVITT, T A SURVEY, ABSTRACT 1704, SECTION 34 in DUVAL County, Texas;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$32,300.91**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the

whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 23rd day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ____________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and Chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 23rd day of April 2024.

RYAN W. SHELTON
Notary Public, State of Texas
Comm. Expires 11-09-2025
Notary ID 133439714

By: ____________________
Notary Public, the State of Texas

PARK
ENERGY SERVICES

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0078317

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$3,400.00**

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,400.00 | $3,400.00 |

| | |
|---|---|
| **Subtotal** | $3,400.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,400.00 |

# EXHIBIT A

Vol Pg
774 552

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0079568

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,400.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,400.00 | $3,400.00 |

| | |
|---|---|
| **Subtotal** | $3,400.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,400.00 |

— Vol Pg
774 553

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0080834

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,400.00

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,400.00 | $3,400.00 |

| | |
|---|---|
| **Subtotal** | $3,400.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,400.00 |

Vol Pg
774 554

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0082098

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,400.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,400.00 | $3,400.00 |

| | |
|---|---|
| **Subtotal** | $3,400.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,400.00 |

Vol Pg
774 555

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0083337

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,550.00

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,550.00 | $3,550.00 |

| | |
|---|---|
| **Subtotal** | $3,550.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,550.00 |

Vol Pg
774 556

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084578

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,550.00

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,550.00 | $3,550.00 |

| | |
|---|---|
| **Subtotal** | $3,550.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,550.00 |

Vol Pg
774 557

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0085804

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,550.00

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,550.00 | $3,550.00 |

| | |
|---|---|
| **Subtotal** | $3,550.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,550.00 |

Vol Pg
774 558

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0087012

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,550.00

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,550.00 | $3,550.00 |

| | |
|---|---|
| **Subtotal** | $3,550.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,550.00 |

Vol Pg
774 559

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0088247

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,550.00

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3304NA - GEMINI H-302/3**<br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $3,550.00 | $3,550.00 |

| | |
|---|---|
| **Subtotal** | $3,550.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,550.00 |

Vol Pg
774 560

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0090396

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$950.91

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 8311<br>LEASE : ATCHISON<br>COUNTY : DUVAL/TX<br>8311 COMPRESSOR | | $950.91 | $950.91 |

| | |
|---|---|
| **Subtotal** | $950.91 |
| **Tax (0%)** | $0.00 |
| **Total** | $950.91 |

Vol Pg
774 561

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Route to: Date: 6/11/07
Geology:
Land:
J. Batson:




Plat showing a proposed well location EOG Resources, Inc. Atchison Estate Well No. 1. Being 570'± FSL and 1780'± FEL of lease. Also scales 570'± FSL and 1780'± FEL of T.A. CAVITT Survey 34 A-1704. Situated approx. 16.3 miles SW of Freer, Duval County, Texas.

GRAPHIC SCALE IN FEET
0 500 1000 2000

Quad: PARILLA CREEK NW

COORDINATES
NAD-27: X= 1 920 019 Y= 726 917

Drawn For: EOG RESOURCES, INC
Well Name: Atchison Estate Well No. 1
Scale: 1"=1000'
Date: 6-11-07
Bk./Pg. 3458/3527
Drawn: ET

WEISS ENGINEERING Co. L
ENGINEERS & SURVEYORS
P.O. Box 80
Alice, Texas 78333
Ph. (361)664-
Fax (361)664-




Vol 774 Pg 563

ROUTE TO DATE
GEOLOGY 10/22/07
LAND
G. ~~LANCASTER~~



ROUTE TO / DATE
KJ GEOLOGY 1-24-08
GC LAND 1-25-08
G. ~~LANCASTER~~




Plat showing a proposed well location for EOG Resources, Inc. Atchison Estate Well No. 4. Being 2165'± FSL and 515'± FWL of lease. Also scales 2165'± FSL and 1750'± FWL of T.A. CAVITT Survey 34 A-1704. Situated approx. 16.2 miles SW of Freer, Duval County, Texas.

GRAPHIC SCALE IN FEET: 0 — 500 — 1000 — 2000

Quad: FARILLA CREEK NW

| COORDINATES | | |
|---|---|---|
| NAD-27: | X= 1 916 606 | Y= 731 496 |
| NAD-83 | Lat. 27° 40' 45.16" N | Long. 98° 45' 06.42" W |

Drawn For: **EOG RESOURCES, INC.**

Well Name: **Atchison Estate Well No. 4**

| | |
|---|---|
| Scale: | 1"=1000' |
| Date: | 1-23-08 |
| Bk./Pg. | 3801 |
| Drawn: | ET |

WENS ENGINEERING CO. LTD
ENGINEERS & SURVEYORS
P.O. Box 29, Alice, Texas 78333
Ph. (361)664-4802
Fax (361)664-1901

ROBERT L. OWENS 1443

Registered Professional Land Surveyor

Vol 774 Pg 565




Vol Pg
774 566




Vol Pg
774 567




Vol Pg
774 568

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – South Coyote Wells

**LIEN CLAIMANT'S AFFIDAVIT**
**AGAINST OIL, GAS AND OTHER MINERAL PROPERTY**

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF JIM HOGG §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$38,319.13** | **Invoice Nos.:**<br>78176, 79428, 80691,<br>81957, 83199, 84445,<br>85675, 86885, 88121<br>90398 | From<br><br>May 1, 2023<br>To<br>January 31, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**HUGOTON OPERATING COMPANY, INC.**
1261 Pass Road
Gulfport, MS 39501

**DIVERSIFIED PRODUCTION, LLC f/k/a DP BLUEBONNET, LLC**
P.O. Box 381087
Birmingham, AL 35238

**BLUESTONE NATURAL RESOURCES II, LLC**
2 West 2nd Street, Suite 1700
Tulsa, OK 74103

**DP PRODUCTION HOLDINGS II, LLC f/k/a CARDINAL BIRD HOLDINGS, LLC**
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203

**BLUESTONE NATURAL RESOURCES II –SOUTH TEXAS, LLC**
1261 Pass Road
Gulfport, MS 39501

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N. Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **JIM HOGG** County, Texas, containing approximately **1,280.0** acres of land, more or less, being situated in the **"SAN ANTONIO BALUARTE" JOSE LUIS SALINAS, C&M RR CO. / J.O. DE WEES SURVEY, ABSTRACT 97 & 276,** being more particularly described by that certain Memorandum of Oil and Gas Lease, by and between Mestena Proven, Ltd and Mestena Unproven, Ltd, as Lessors, and Mestena, Inc., as Lessee, filed for record on September 29, 2000, under Document No. 65229, Volume 21, Page 470 in the Official Public Records of Jim Hogg County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:
>
> i. **South Coyote Well No. 8;** RRC Status No. 559538; API No. 42-247-32300; being located at a surface location of 1,542.6 feet from the SOUTH line and 2,028.7 feet from the WEST line of the lease; and 634.0 feet from the NORTH line and 2,028.7 feet from the WEST line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas;
>
> ii. **South Coyote Well No. 2;** RRC Status No. 501062; API No. 42-247-32175; being located at a surface location of 877.4 feet from the SOUTH line and 1,531.4 feet from the EAST line of the lease; and 1,219.0 feet from the NORTH line and 1,531.4 feet from the EAST line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas;

iii. **<u>South Coyote Well No. 1;</u>** RRC Status No. 498202; API No. 42-247-32161; being located at a surface location of 4,077.6 feet from the WEST line and 2,564.1 feet from the SOUTH line of the lease; and 16,575.0 feet from the WEST line and 487.2 feet from the SOUTH line of the San Antonio Baluarte Jose Luis Salinas Survey, Abstract 276, in Jim Hogg County, Texas;

iv. **<u>South Coyote Well No. 6;</u>** RRC Status No. 509825; API No. 42-247-32213; being located at a surface location of 467.0 feet from the EAST line and 1,413.9 feet from the SOUTH line of the lease; and 467.0 feet from the EAST line and 630.8 feet from the NORTH line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas ;

v. **<u>South Coyote Well No. 7;</u>** RRC Status No. 511317; API No. 42-247-32222 being located at a surface location of 1,275.7 feet from the SOUTH line and 4,506.9 feet from the EAST line of the lease; and 1,275.7 feet from the SOUTH line and 17,998.5 feet from the WEST line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$38,319.13**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

DATED this, the 18th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 18 day of April 2024.

KATHERINE AMANDA HAYNES
Notary Public, State of Texas
Comm. Expires 09-28-2026
Notary ID 133988559

By: Katherine A. Haynes
Notary Public, the State of Texas

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0078176

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$8,750.00**

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

**EXHIBIT "A"**

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0079428

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$8,750.00**

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0080691**

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$8,750.00**

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0081957

8/1/2023

Bill To

EL DORADO GAS AND OIL INC.
1251 PASS ROAD
GULFPORT MS 39501
United States

TOTAL

$8,750.00

Due Date: 8/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

## #0083199

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084445

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0085675**

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE. TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

**#0086885**

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

2024 - 89686 05/09/2024 03:41 PM Page 13 of 20

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0088121

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

**#0090398**

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,177.82

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $3,177.82 | $3,177.82 |

| | |
|---|---|
| **Subtotal** | $3,177.82 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,177.82 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

JIM HOGG COUNTY, TEXAS

# "SAN ANTONIO BALUARTE" JOSE LUIS SALINAS
A - 276

## EXHIBIT "B"




ALL COORDINATES & DISTANCES RECITED REFER TO THE STATE PLANE COORDINATE SYSTEM, NAD 1927, TEXAS SOUTH ZONE

PLOT DATE: 03-21-05 2:11 PM

I HEREBY CERTIFY THAT THIS PLAT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, AND BELIEF, AS SURVEYED ON THE GROUND, MARCH 16, 2004.

[signature]

TREY L. McDERMETT
R.P.L.S. # 5652

STATE OF TEXAS REGISTERED TREY L. McDERMETT 5652 PROFESSIONAL LAND SURVEYOR

**BLACK GOLD SURVEYING & ENGINEERING, INC.**
Land & Oilfield Surveying
2711 West Front St. P.O. Box 3416
Alice, Texas 78333
blackgoldsurveying@sbcglobal.net
(361) 668-9200 Fax (361) 668-9204

## PLAT OF:

A WELL LOCATION FOR:

**MESTENA OPERATING LTD.**
**SOUTH COYOTE #8**

SITUATED IN A 1280 ACRE LEASE OUT OF THE "SAN ANTONIO BALUARTE" JOSE LUIS SALINAS SURVEY, A-276 AND JNO. DEWEES SURVEY, A-97 APPROXIMATELY 11.5 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date. | 03/21/05 | File Name. | 050310.DWG |
| Scale | 1" = 2000' | Surveyed by. | TM/AS |
| Drawn by: | CH | Checked by | TM/CH |

JOB #: 050311

# "SAN ANTONIO BALUARTE" JOSE LUIS SALINAS

A–276 JIM HOGG CO.




RECEIVED
RRC OF TEXAS
OCT 20 2000
OIL & GAS DIVISION
AUSTIN, TEXAS

COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27

PLOT DATE: 10–16–00 9:34 AM
REVISED

I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.

Jarrel L Moore

JARREL L. MOORE
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 4854

STATE OF TEXAS
REGISTERED
JARREL L. MOORE
4854
PROFESSIONAL
LAND SURVEYOR

**FRONTIER SURVEYING CO.**
LAND SURVEYING/MAPPING/GPS/GIS
710 BUFFALO ST. SUITE 502
CORPUS CHRISTI, TX 78401
(361) 881-8044 FAX (361) 881-8340

## PLAT OF:

A WELL LOCATION FOR:

**MESTENA, INC.**
*SOUTH COYOTE LOCATION NO. 2*

SITUATED IN THE JNO. DEWEES SURVEY NO. 394, A–97, APPROX. 11.9 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date: | 09/12/00 | File Name: | 000852.DWG |
| Scale: | 1"=2000' | Surveyed by: | TM/MP |
| Drawn by: | RH/AP | Checked by: | RH |

JOB #: 000852

# "SAN ANTONIO BALUARTE"
# JOSE LUIS SALINAS

## A-276 JIM HOGG CO.




R.R.C. OF TEXAS
RECEIVED
AUG 07 2000
OIL & GAS DIVISION
AUSTIN, TEXAS

COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27

PLOT DATE: 08-02-00 1:41 PM

I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.

J. Dale Moore

J. DALE MOORE
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 1555

STATE OF TEXAS
REGISTERED
J. DALE MOORE
1555
PROFESSIONAL
LAND SURVEYOR

**FRONTIER SURVEYING CO.**
LAND SURVEYING/MAPPING/GPS/GIS
710 BUFFALO ST. SUITE 502
CORPUS CHRISTI, TX 78401
(361) 881-8044 FAX (361) 881-8340

## PLAT OF

A WELL LOCATION FOR:

**MESTENA, INC.**
*SOUTH COYOTE LOCATION NO. 1*

SITUATED IN THE "SAN ANTONIO DE BALUARTE" JOSE L. SALINAS SURVEY, A-276, APPROX. 11.9 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date | 07/24/00 | File Name: | 000714.DWG |
| Scale: | 1"=2000' | Surveyed by: | TM/ZS |
| Drawn by: | RH | Checked by | RH |

JOB #: 000714

# "SAN ANTONIO BALUARTE"
# JOSE LUIS SALINAS

A-276 JIM HOGG CO.

RECEIVED
RRC OF TEXAS
JUN 05 2001
OIL & GAS DIVISION
AUSTIN, TEXAS




COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27

PLOT DATE: 06-04-01 8:49 AM

I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.

*Robert L. Young*

ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO 5400

STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL LAND SURVEYOR

**FRONTIER SURVEYING CO.**
LAND SURVEYING/MAPPING/GPS/GIS
710 BUFFALO ST SUITE 502
CORPUS CHRISTI, TX 78401
(361) 881-8044 FAX (361) 881-8340

## PLAT OF:

A WELL LOCATION FOR:

**MESTENA, INC.**
*SOUTH COYOTE LOCATION NO. 6*

SITUATED IN THE JNO. DEWEES SURVEY NO. 394, A-97, APPROXIMATELY 12.5 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date: 06/04/01 | | File Name: 010548.DWG | |
| Scale: | 1"=2000' | Surveyed by | AW/CW |
| Drawn by: | RH | Checked by | RH |

JOB #: 010548

RECEIVED
RRC OF TEXAS
JUL 11 2001
OIL & GAS DIVISION
AUSTIN, TEXAS

# "SAN ANTONIO BALUARTE"
# JOSE LUIS SALINAS

A-276 JIM HOGG CO.




COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27

PLOT DATE: 06-04-01 8:49 AM

I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.

Robert L. Young

ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 5400

STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL
LAND SURVEYOR

**FRONTIER SURVEYING CO.**

LAND SURVEYING/MAPPING/GPS/GIS
710 BUFFALO ST. SUITE 502
CORPUS CHRISTI, TX 78401
(361) 881-8044 FAX (361) 881-8340

## PLAT OF:

A WELL LOCATION FOR:

**MESTENA, INC.**
*SOUTH COYOTE LOCATION NO. 7*

SITUATED IN THE "SAN ANTONIO BALUARTE" JOSE LUIS SALINAS SURVEY, A-276, APPROX. 12.5 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date | 06/04/01 | File Name | 010549.DWG |
| Scale | 1"=2000' | Surveyed by | AW/CW |
| Drawn by: | RH | Checked by | RH |

JOB #: 010549

*VG-13-2024-89606*

**Jim Hogg County**
**Zonia G. Morales**
**Jim Hogg County Clerk**

**Instrument Number:** 89606

Real Property Recordings

Recorded On: May 03, 2024 03:41 PM

Number of Pages: 20

**" Examined and Charged as Follows: "**

Total Recording: $97.00

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 89606 |
| Receipt Number: | 20240503000007 |
| Recorded Date/Time: | May 03, 2024 03:41 PM |
| User: | Zonia M |
| Station: | FICEQVQ |

**Record and Return To:**

Dore Rothberg McKay, P.C

**STATE OF TEXAS**
**Jim Hogg County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Jim Hogg County, Texas**

Zonia G. Morales
Jim Hogg County Clerk
Jim Hogg County, TX

Zonia G. Morales

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – Mestena Hot Well No(s) 1 & 4

# LIEN CLAIMANT'S AFFIDAVIT
# AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF JIM HOGG §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$3,241.41** | **<u>Invoice Nos.</u>:**<br>**78144, 79397, 80659<br>81923, 83167, 84414<br>85644, 86855, 88091<br>90397, 78176, 79428,<br>80691, 81957, 83199,<br>84445, 85675, 86885,<br>88121, 90398** | From<br><br>May 1, 2023<br>To<br>January 31, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**HUGOTON OPERATING COMPANY, INC.**
1261 Pass Road
Gulfport, MS 39501

**BLUESTONE NATURAL RESOURCES II, LLC**
2 West 2nd Street, Suite 1700
Tulsa, OK 74103

**BLUESTONE NATURAL RESOURCES II –SOUTH TEXAS, LLC**
1261 Pass Road
Gulfport, MS 39501

**DIVERSIFIED PRODUCTION, LLC f/k/a DP BLUEBONNET, LLC**
P.O. Box 381087
Birmingham, AL 35238

**DP PRODUCTION HOLDINGS II, LLC f/k/a CARDINAL BIRD HOLDINGS, LLC**
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N. Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

All that certain leasehold interest, tract or parcel of land located in **JIM HOGG** County, Texas, containing approximately **3,000.0** acres of land, more or less, being situated in the **MONTALBO, F SURVEY, ABSTRACT 226,** being more particularly described by that certain Memorandum of Oil and Gas Lease By and between Mestena Oil & Gas Company, Eshlerran Ranches, and Lorin E. Vogl, et al, as Lessor, and CPC Exploration, Inc., as Lessee, dated June 11, 1984, filed for record on June 19, 1984, filed for record under Volume 104, Page 82 in the Official Public Records of Jim Hogg County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

a. **Mestena Hot Wells Well No. 4**, RRC Status No. 624423, API No. 42-247-32379, being located at a surface location of 564.2 feet from the EAST line and 716.6 feet from the NORTH line of the lease; and 564.2 feet from the EAST line and 2,002.0 feet from the SOUTH line of the Fransisco Montalbo Survey, Abstract 226, in Jim Hogg County, Texas

b. **Mestena Hot Wells Well No. 1**, RRC Status No. 254384, API No. 42-247-31618, being located at a surface location of 990.0 feet from the EAST line and 990.0 feet from the

**SOUTH line of the lease; and 990.0 feet from the EAST line and 990.0 feet from the SOUTH line of the Fransisco Montalbo Survey, Abstract 226, in Jim Hogg County, Texas**

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$3,241.41**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 18th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and Chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 18 day of April 2024.

KATHERINE AMANDA HAYNES
Notary Public, State of Texas
Comm. Expires 09-28-2026
Notary ID 133988559

By: Katherine A. Haynes
Notary Public, the State of Texas

Park Energy Services, LLC
1015 N Broadway, S#301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00781444

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK : CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

**EXHIBIT "A"**

REMIT TO : PARK ENERGY SERVICES - PO BOX 96318 - GRAPEVINE TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK - ACCOUNT # [illegible] - ABA ROUTING # [illegible]

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0079397

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, St #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00080659

7/1/2023

Bill To

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

TOTAL

$3,850.00

Due Date: 7/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK : CAT 3306 NA - GEMINI H-302/3<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| Subtotal | $3,850.00 |
| Tax (0%) | $0.00 |
| Total | $3,850.00 |



REMIT TO PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0081923

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0083167

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | **$4,250.00** |
| **Tax (0%)** | **$0.00** |
| **Total** | **$4,250.00** |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, St #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00844114

10/1/2023

Bill To

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

TOTAL

$4,250.00

Due Date: 10/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CAT 3306 NA - GEMINI H-302/3<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| Subtotal | $4,250.00 |
| Tax (0%) | $0.00 |
| Total | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00855644

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0086855

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$4,250.00

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S#300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00088091

1/1/2024

Bill To

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

TOTAL

$4,250.00

Due Date: 1/1/2024

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

**#0090397**

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$1,398.24**

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $1,398.24 | $1,398.24 |

| | |
|---|---|
| **Subtotal** | $1,398.24 |
| **Tax (0%)** | $0.00 |
| **Total** | $1,398.24 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0078176

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0079428

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0080691

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0081957

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$8,750.00**

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0083199**

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084445

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0085675

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

**#0086885**

**12/1/2023**

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | **$9,500.00** |
| **Tax (0%)** | **$0.00** |
| **Total** | **$9,500.00** |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0088121

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S#300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00090398

PARK
ENERGY SERVICES

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1251 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,177.82

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PROPERTY TAX<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $3,177.82 | $3,177.82 |

| | |
|---|---|
| Subtotal | $3,177.82 |
| Tax (0%) | $0.00 |
| Total | $3,177.82 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785


EXHIBIT "B"
JIM HOGG COUNTY, TEXAS
1680 ACRES
HOT WELLS NO. 33 GAS UNIT
HOT WELLS #3
(ABANDONED)
SURVEY LINE
"LAS VIVORITAS"
FRANCISCO MONTALVO
A-226
320 ACRES
HOT WELLS NO. 2 GAS UNIT
VOLUME 118, PAGES 369-383
O.G.L.R.J.H.C.T.
HOT WELLS #2
1327.6'
LEASE LINE
716.6'
564.2'
MESTENA OPERATING LTD
MESTENA HOT WELLS #4
Y = 555,515.00
X = 1,966,250.00
GND. ELEV. = 457.1'
40 AC.
1431.1'
2202'
HOT WELLS #1
320 ACRES
HOT WELLS NO. 1 GAS UNIT
VOLUME 118, PAGES 369-383
O.G.L.R.J.H.C.T.
LEASE LINE
318.79 ACRES
LLANO LEASE
"PALO BLANCO"
ANTONIO PENA
A-246
318.96 ACRES
TRACT A
PUMPJACK LEASE
"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-479 BROOKS CO.
A-276 JIM HOGG CO.
500 0 500 1000 1500 2000 2500 3000
SCALE: 1" = 1000 FEET
ALL COORDINATES & DISTANCES RECITED REFER TO THE STATE PLANE COORDINATE SYSTEM, NAD 1927, TEXAS SOUTH ZONE
I HEREBY CERTIFY THAT THIS PLAT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF, AS STAKED ON THE GROUND, AUGUST 8, 2006.
TREY L. McDERMETT
R.P.L.S. # 5652
STATE OF TEXAS
REGISTERED
TREY L. McDERMETT
5652
PROFESSIONAL
LAND SURVEYOR
PLOT DATE: 08-15-06 2:10 PM
BLACK GOLD SURVEYING & ENGINEERING, INC.
Land & Oilfield Surveying
2711 West Front St. P.O. Box 3466
Alice, Texas 78333
blackgoldsurveying@sbcglobal.net
(361) 668-9200 Fax (361) 668-9264
PLAT OF:
A WELL LOCATION FOR:
MESTENA OPERATING LTD
MESTENA HOT WELLS #4
SITUATED IN THE "LAS VIVORITAS" FRANCISCO MONTALVO SURVEY, A - 226, LOCATED APPROXIMATELY 9.0 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS
Completion Date: 08-15-06
File Name: 060809
Scale: 1"=1000'
Surveyed by: TM/OB
Drawn by: TM
Checked by: TM/OT
JOB #: 060809

*VG-13-2024-89607*

**Jim Hogg County**
**Zonia G. Morales**
Jim Hogg County Clerk

---

**Instrument Number:** 89607

Real Property Recordings

Recorded On: May 03, 2024 03:48 PM

Number of Pages: 26

---

**" Examined and Charged as Follows: "**

Total Recording: $121.00

---

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 89607 |
| Receipt Number: | 20240503000008 |
| Recorded Date/Time: | May 03, 2024 03:48 PM |
| User: | Zonia M |
| Station: | FICEQVQ |

**Record and Return To:**

Dore Rothberg McKay, P.C

---

THE STATE OF TEXAS · JIM HOGG COUNTY

**STATE OF TEXAS**
**Jim Hogg County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Jim Hogg County, Texas**

Zonia G. Morales
Jim Hogg County Clerk
Jim Hogg County, TX

Zonia G. Morales

**AFTER RECORDING RETURN TO:**
DORE ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

---

El Dorado Gas and Oil Inc. Mestena "E" Wells

# LIEN CLAIMANT'S AFFIDAVIT AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF JIM HOGG §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim Oilfield Equipment, Rental Tools Services and Products | Dates of Work |
|---|---|---|
| **$40,929.25** | **Invoice Nos.:** 78144, 79397, 80659 81923, 83167, 84414 85644, 86855, 88091 90397, 78176, 79428, 80691, 81957, 83199, 84445, 85675, 86885, 88121, 90398 | From May 1, 2023 To January 31, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**HUGOTON OPERATING COMPANY, INC.**
1261 Pass Road
Gulfport, MS 39501

**BLUESTONE NATURAL RESOURCES II, LLC**
2 West 2nd Street, Suite 1700
Tulsa, OK 74103

**BLUESTONE NATURAL RESOURCES II –SOUTH TEXAS, LLC**
1261 Pass Road
Gulfport, MS 39501

**DIVERSIFIED PRODUCTION, LLC f/k/a DP BLUEBONNET, LLC**
P.O. Box 381087
Birmingham, AL 35238

**DP PRODUCTION HOLDINGS II, LLC f/k/a CARDINAL BIRD HOLDINGS, LLC**
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N. Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **JIM HOGG** County, Texas, containing approximately 640.0 acres of land, more or less, being situated in the **"PALO BLANCO" FRANCISCO PENA AND FRANCISCO GRANT, AND ANTONIO PENA SURVEYS, ABSTRACT 246 & 247,** being more particularly described by that certain Memorandum of Oil & Gas lease by and between Mestena Oil & Gas Company, as Lessor, and C&K Petroleum, Inc., as Lessee, dated December 29, 1976, filed for record on February11, 1977, under Volume 73, Page 45; also included in the Assignment of Oil & Gas Agreement by and between Mestena Operating, LLC and The Pipeline Company, LLC, as Assignor, and BlueStone Natural Resources II, LLC, as Assignee, filed for record on March 9, 2015, under Document No. 82480, Volume 120, Page 826 in the Official Public Records of Jim Hogg County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

i. **Mestena, Inc. "E" Well No. 27,** RRC Status No. 510317, API No. 42-247-32218, being located at a surface location of 972.1 feet from the SOUTH line and 1,516.2 feet from the EAST line of the lease; and 2,799.6 feet from the WEST line and 8,211.7 feet from the

NORTH line of the "Palo Blanco" Francisco Grant Survey, Abstract 246, in Jim Hogg County, Texas;

ii. **Mestena, Inc. "E" Well No. 25,** RRC Status No. 496630, API No. 42-247-32156, being located at a surface location of 419.0 feet from the WEST line and 3,230.0 feet from the SOUTH line of the lease; and 10,095.0 feet from the WEST line and 4,079.0 feet from the SOUTH line of the "Palo Blanco" Francisco Grant Survey, Abstract 247, in Jim Hogg County, Texas;

iii. **Mestena Inc. "E" Well No. 21**, RRC Status No. 440936, API No. 42-247-32062, being located at a surface location of 614.0 feet from the EAST line and 850.0 feet from the NORTH line of the lease; and 614.0 feet from the EAST line and 850.0 feet from the NORTH line of the Antonio Pena Survey, Abstract 246, in Jim Hogg County, Texas;

iv. **Mestena Oil & Gas "E" Well No. 23,** RRC Status No. 440452, API No. 42-247-32061, being located at a surface location of 1,056.0 feet from the EAST line and 3,001.0 feet from the SOUTH line of the lease; and 1,056.0 feet from the EAST line and 3,001.0 feet from the SOUTH line of the "Palo Blanco" Francisco Pena Survey, Abstract 247, in Jim Hogg County, Texas;

v. **Mestena Oil & Gas "E" Well No. 20**, RRC Status No. 440451, API No. 42-247-32060, being located at a surface location of 1,541.0 feet from the NORTH line and 3,481.0 feet from the EAST line of the lease; and 3,459.0 feet from the SOUTH line and 6,260.0 feet from the WEST line of the "Palo Blanco" Francisco Pena Survey, Abstract 247, in Jim Hogg County, Texas;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$40,929.25**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail,

return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 18th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 18 day of April 2024.

KATHERINE AMANDA HAYNES
Notary Public, State of Texas
Comm. Expires 09-28-2026
Notary ID 133988559

By: Katherine A Haynes
Notary Public, the State of Texas

PARK
ENERGY SERVICES

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0078144**

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 5/1/2023**

| **Terms** | **Invoice Date** | **Service Start Date** | **Service End Date** |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| **Quantity** | **Item** | **Options** | **Rate** | **Amount** |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

**EXHIBIT "A"**

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0079397

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0080659**

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT . 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0081923

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0083167**

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$4,250.00

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT . 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084414

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

## #0085644

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$4,250.00

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0086855**

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$4,250.00

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

**#0088091**

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0090397**

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$1,398.24**

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $1,398.24 | $1,398.24 |

| | |
|---|---|
| **Subtotal** | $1,398.24 |
| **Tax (0%)** | $0.00 |
| **Total** | $1,398.24 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0078176

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0079428

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0080691

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT . 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0081957

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0083199**

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0084445

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0085675

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0086885**

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0088121**

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0090398**

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$3,177.82**

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $3,177.82 | $3,177.82 |

| | |
|---|---|
| **Subtotal** | **$3,177.82** |
| **Tax (0%)** | **$0.00** |
| **Total** | **$3,177.82** |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194665304 ~ ABA/ROUTING # - 111900785




**EXHIBIT "B"**

COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27

PLOT DATE: 06-22-00 12:09 PM

I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.

[signature] Jarrel L. Moore

JARREL L. MOORE
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 4854

STATE OF TEXAS REGISTERED JARREL L. MOORE 4854 PROFESSIONAL LAND SURVEYOR

**FRONTIER SURVEYING CO.**
Land Surveying/Mapping/GPS/GIS
710 Buffalo St. Suite 502
Corpus Christi, TX 78401
(361) 881-8044 Fax (361) 881-8340

**PLAT OF:**

A WELL LOCATION FOR:

**CODY ENERGY, LLC**
*MESTENA LOCATION NO. E-27*

SITUATED IN THE PALO BLANCO, FRANCISCO GRANT SURVEY, A-247, APPROXIMATELY 4.5 MILES SOUTHEAST OF HERBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date: 06/22/00 | | File Name: | 000612.DWG |
| Scale: 1" = 1000' | | Surveyed by: | TM,CH |
| Drawn by: | RH,BR | Checked by: | RH |

JOB #: 000612




RECEIVED
RRC OF TEXAS

JUN 28 2000

OIL & GAS DIVISION
AUSTIN, TEXAS

I hereby certify this plat to be true and correct to the best of my knowledge and belief.

Cindy Bush /BAM
Cindy Bush

**CODY ENERGY LLC**
DENVER, COLORADO

MESTENA GRANDE FIELD
JIM HOGG & DUVAL CO'S., TEXAS

E-25 LOCATION

| | |
|---|---|
| C.I.= | INTERP. BY: |
| DATE: 6/23/00 | SCALE: 1"=1000' |




MESTENA, INC.

**WARNING:**
THIS PLAT MAY NOT SHOW ALL CROSSINGS OF PIPELINES OR CABLES. HOWLAND SURVEYING CO., INC. ASSUMES NO RESPONSIBILITY TO LOCATE PIPELINE OR CABLE CROSSINGS.

STATE OF TEXAS
COUNTY OF WEBB:
I, JUAN TIJERINA, REGISTERED PROFESSIONAL LAND SURVEYOR, DO HEREBY CERTIFY THAT THE ABOVE CAPTIONED WELL LOCATION WAS SURVEYED AND STAKED ON THE GROUND UNDER MY SUPERVISION. THE ABOVE PLAT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
THIS THE 20th DAY OF SEPTEMBER, 1995

R.P.L.S. No. 5067 TEXAS

**CODY ENERGY, INC.**

**NO. E-21 LOCATION**
MESTENA, INC. 640.0 AC. "E-12" LEASE
SHARE 25 PALO BLANCO GRANT, A-246
ANTONIO PENA, GRANTEE
JIM HOGG COUNTY, TEXAS

HOWLAND SURVEYING CO., INC. Laredo, Texas

| | |
|---|---|
| SCALE: 1" = 1000' | DRAWN BY: L.C.S. |
| DATE: September 8, 1995 | JOB NO.: 0813-95 |
| FIELD BOOK: 240 PG4-65 | FILE NAME: C&K-Jim Hogg |




**WARNING:**
THIS PLAT MAY NOT SHOW ALL CROSSINGS OF PIPELINES OR CABLES. HOWLAND SURVEYING CO., INC. ASSUMES NO RESPONSIBILITY TO LOCATE PIPELINE OR CABLE CROSSINGS.

## CODY ENERGY, INC.

**NO. E-23 LOCATION**
MESTENA, INC. 640.0 AC. "E-12" LEASE
SHARE 25-PALO BLANCO GRANT, A-246
ANTONIO PENA, GRANTEE
JIM HOGG COUNTY, TEXAS

HOWLAND SURVEYING CO., INC. Laredo, Texas

| | |
|---|---|
| SCALE: 1" = 1000' | DRAWN BY: L.C.S. |
| DATE: September 8 1995 | JOB NO.: 0815-95 |
| FIELD BOOK: 240 P64-65 | FILE NAME: C&K- Jim Hogg |

STATE OF TEXAS:
COUNTY OF WEBB:
I, JUAN TIJERINA, REGISTERED PROFESSIONAL LAND SURVEYOR, DO HEREBY CERTIFY THAT THE ABOVE CAPTIONED WELL LOCATION WAS SURVEYED AND STAKED ON THE GROUND UNDER MY SUPERVISION. THE ABOVE PLAT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
THIS THE 20th DAY OF SEPTEMBER, 1995.

[signature]
R.P.L.S. No 505[illegible] TEXAS


"E-20"
(320 ACRES)
(320 ACRES)
"E-14"
SHARE 1
SHARE 35
SHARE 24
WARNING:
CODY ENERGY, INC.
NO. E-20 LOCATION
HOWLAND SURVEYING CO., INC Laredo, Texas
SCALE:
DRAWN BY: L C S
DATE: September 1995
JOB NO.:
FIELD BOOK
FILE NAME:

*VG-13-2024-89608*

**Jim Hogg County**
**Zonia G. Morales**
**Jim Hogg County Clerk**

**Instrument Number:** 89608

Real Property Recordings

Recorded On: May 03, 2024 03:55 PM

Number of Pages: 31

**" Examined and Charged as Follows: "**

Total Recording: $141.00

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 89608 |
| Receipt Number: | 20240503000009 |
| Recorded Date/Time: | May 03, 2024 03:55 PM |
| User: | Zonia M |
| Station: | FICEQVQ |

**Record and Return To:**

Dore Rothberg McKay, P.C

THE STATE OF TEXAS JIM HOGG COUNTY

**STATE OF TEXAS**
**Jim Hogg County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Jim Hogg County, Texas**

Zonia G. Morales
Jim Hogg County Clerk
Jim Hogg County, TX

Zonia G. Morales

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – Mestena Wells

# LIEN CLAIMANT'S AFFIDAVIT AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF JIM HOGG §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$41,236.28** | **Invoice Nos.:**<br>78144, 79397, 80659<br>81923, 83167, 84414<br>85644, 86855, 88091<br>90397, 78176, 79428,<br>80691, 81957, 83199,<br>84445, 85675, 86885,<br>88121, 90398 | From<br><br>May 1, 2023<br>To<br>January 31, 2024 |

3. **To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:**

**HUGOTON OPERATING COMPANY, INC.**
1261 Pass Road
Gulfport, MS 39501

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **JIM HOGG** County, Texas, containing approximately **480.0** acres of land, more or less, being situated in the **C&M RR CO./ JNO. O. DEWEES SURVEY, ABSTRACT 97 & 85, SECTION 394 & 393** being more particularly described by that certain Assignment and Bill of Sale by and between Sydney Investments Limited Partnership, Topsey, LLC, and Lindenmuth & Associates, Inc., as Assignors, and Hugoton Operating Company, Inc., as Assignee, filed for record on April 16, 2021, under Document No. 87266 in the Official Public Records of Jim Hogg County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

- **Mestena Well No. 3944**; RRC Status No. 526706; API No. 42-247-32235; being located at a surface location 710.0 feet from the NORTH line and 806.6 feet from the WEST line of the lease, and 2,327.0 feet from the SOUTH line and 1,493.0 feet from the WEST line of the C&M RR CO./ JNO. O. Dewees Survey, Abstract 97, Section 394, in Jim Hogg County, Texas;

- **Mestena Well No. 3943**; RRC Status No. 515686; API No. 42-247-32260; being located at a surface location 1,639.4 feet from the NORTH line and 2,197.0 feet from the EAST line of the lease, and 1,478.0 feet from the SOUTH line and 2,197.0 feet from the EAST line of the C&M RR CO./ JNO. O. Dewees Survey, Abstract 97, Section 394, in Jim Hogg County, Texas;

- **Mestena Well No. 3941**; RRC Status No. 507577; API No. 42-247-32202; being located at a surface location 467.0 feet from the NORTH line and 2,000.0 feet from the EAST line of the lease, and 2,587.5 feet from the NORTH line and

2,000.0 feet from the EAST line of the C&M RR CO./ JNO. O. Dewees Survey, Abstract 97, Section 394, in Jim Hogg County, Texas;

- **Mestena Well No. 3931**; RRC Status No. 237863; API No. 42-247-31585; being located at a surface location 960.0 feet from the EAST line and 2,050.0 feet from the SOUTH line of the lease, and 960.0 feet from the EAST line and 666.0 feet from the SOUTH line of the C&M RR CO./ JNO. O. Dewees Survey, Abstract 97, in Jim Hogg County, Texas;

- **Mestena Well No. 3942**; RRC Status No. 510109; API No. 42-247-32217; being located at a surface location 467.0 feet from the NORTH line and 467.0 feet from the EAST line of the lease, and 2,514.0 feet from the NORTH line and 467.0 feet from the EAST line of the C&M RR CO./ JNO. O. Dewees Survey, Abstract 97, Section 394, in Jim Hogg County, Texas; and

- **Mestena Well No. 3932**; RRC Status No. 611573; API No. 42-247-32344; being located at a surface location 600.0 feet from the SOUTH line and 467.0 feet from the EAST line of the lease, and 762.7 feet from the NORTH line and 467.0 feet from the EAST line of the C&M RR CO. Dewees Survey, Abstract 85, Section 393, in Jim Hogg County, Texas;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$41,236.28**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance

of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 18th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and Chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 18 day of April 2024.

KATHERINE AMANDA HAYNES
Notary Public, State of Texas
Comm. Expires 09-28-2026
Notary ID 133988559

By: Katherine A. Haynes
Notary Public, the State of Texas

PARK
ENERGY SERVICES

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0078144**

5/1/2023

*Bill To*

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$3,850.00**

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4306<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4306 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

**EXHIBIT "A"**

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0079397

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$3,850.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CAT 3306 NA - GEMINI H-302/3<br>UNIT : 4306<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4306 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| Subtotal | $3,850.00 |
| Tax (0%) | $0.00 |
| Total | $3,850.00 |

REMIT TO . PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0080659**

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$3,850.00**

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| **Subtotal** | $3,850.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $3,850.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0081923**

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$3,850.00**

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CAT 3306 NA - GEMINI H-302/3<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $3,850.00 | $3,850.00 |

| | |
|---|---|
| Subtotal | $3,850.00 |
| Tax (0%) | $0.00 |
| Total | $3,850.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0083167

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0084414**

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$4,250.00

Due Date: 10/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CAT 3306 NA - GEMINI H-302/3<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| Subtotal | $4,250.00 |
| Tax (0%) | $0.00 |
| Total | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0085644

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0086855**

12/1/2023

*Bill To*

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CAT 3306 NA - GEMINI H-302/3<br>UNIT : 4306<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4306 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| Subtotal | $4,250.00 |
| Tax (0%) | $0.00 |
| Total | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0088091**

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$4,250.00**

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CAT 3306 NA - GEMINI H-302/3**<br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $4,250.00 | $4,250.00 |

| | |
|---|---|
| **Subtotal** | $4,250.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $4,250.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0090397

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$1,398.24

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 4308<br>LEASE : MESTENA SOUTH<br>COUNTY : JIM HOGG/TX<br>4308 COMPRESSOR | | $1,398.24 | $1,398.24 |

| | |
|---|---|
| **Subtotal** | $1,398.24 |
| **Tax (0%)** | $0.00 |
| **Total** | $1,398.24 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK

# Invoice

**#0078176**

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$8,750.00**

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT . 7011<br>LEASE . 1017 SOUTH FACILITY<br>COUNTY . JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

**#0079428**

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$8,750.00**

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK

# Invoice

#0080691

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1761 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0081957

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT . 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO PARK ENERGY SERVICES - PO BOX 95318 - GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK - ACCOUNT # - 0194685304 - ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0083199

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT 7011<br>LEASE 1017 SOUTH FACILITY<br>COUNTY · JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO . PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084445

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0085675

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0086885

12/1/2023

Bill To

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 12/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, St #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0088121

1/1/2024

Bill To

EL DORADO GAS AND OIL INC.
1251 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

**$9,500.00**

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

Park Energy Services, LLC
5600 N Broadway, S#300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405-896-3169

PARK
ENERGY SERVICES

# Invoice

#0090398

1/9/2024

Bill To

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

TOTAL

$3,177.82

Due Date: 1/9/2024

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PROPERTY TAX<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 7011<br>LEASE : 1017 SOUTH FACILITY<br>COUNTY : JIM HOGG/TX<br>7011 COMPRESSOR | | $3,177.82 | $3,177.82 |

| | |
|---|---|
| Subtotal | $3,177.82 |
| Tax (0%) | $0.00 |
| Total | $3,177.82 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785


"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-479 BROOKS CO.
A-276 JIM HOGG CO.
MESTENA SOUTH COYOTE NO. 1
394
910
391
MESTENA SOUTH COYOTE NO. 5
MESTENA SOUTH COYOTE NO. 6
MESTENA 1 HERMANAS
JNO. O. DEWEES
A- 97
MESTENA SOUTH COYOTE NO. 2
I. GUERRA
A-144
EXHIBIT "B"
UNIT LINE
381
C.& M.R.R.
A-78
HAMMAN 394-1
HAMMAN 394-2
HAMMAN OIL & REFINING CO.
394 LOCATION NO. 3
GND. ELV. 462.0'
Y = 535,288.50
X = 1,968,490.15
1639.4'
1200.0'
2160.7'
2197'
1480.0'
1478'
40 ACRES
393-1 Hamman
480 AC UNIT
SUR. LINE
SUR. & UNIT LINE
390
393
393 2 Hamman
C.& M.R.R.
A-85
JNO. O. DEWEES
A-93
STARR CO. SCHOOL LAND
A-288
COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27
SCALE: 1" = 1000 FEET
I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.
ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 5400
STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL LAND SURVEYOR
PLAT OF:
A WELL LOCATION FOR:
HAMMAN OIL & REFINING CO.
394 LOCATION NO. 3
SITUATED IN THE JNO. O. DEWEES SURVEY NO. 394, A-97, APPROXIMATELY 10 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS
FRONTIER SURVEYING CO.
Land Surveying/Mapping/GPS/GIS
710 Buffalo St. Suite 502
Corpus Christi, TX 78401
(361) 881-8044 Fax (361) 881-8340
Completion Date 10/26/01
File Name 010705.dwg
Scale: 1"=1000'
Surveyed by AW/CW
Drawn by RH/CH
Checked by RH
PLOT DATE: 11-07-01 12:09 PM REVISED
JOB # 010705


"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-479 BROOKS CO.
A-276 JIM HOGG CO.
MESTENA SOUTH COYOTE NO. 1
391
394
910
MESTENA SOUTH COYOTE NO. 5
MESTENA SOUTH COYOTE NO 6
MESTENA O I HERMANAS
JNO. O. DEWEES
A-97
MESTENA SOUTH COYOTE NO. 2
I. GUERRA
A-144
N
C.& M.R.R.
A-78
UNIT LINE
HAMMAN 394-1
HAMMAN 394-2
HAMMAN OIL & REFINING CO.
394 LOCATION NO. 3
GND. ELV. 462.0'
Y = 535,288.50
X = 1,968,490.15
1638.4'
1200.0'
2140.7'
2197'
1480.0'
1478'
40 ACRES
393-1 Hamman
480 AC. UNIT
581
SUR & UNIT LINE
SUR LINE
RECEIVED
RRC OF TEXAS
NOV 29 2001
OIL & GAS DIVISION
AUSTIN, TEXAS
390
393
393-2 Hamman
FM 1017
STARR CO. SCHOOL LAND
A-288
JNO. O. DEWEES
A-93
C.& M.R.R.
A-85
RECEIVED
RRC OF TEXAS
OIL & GAS DIVISION
AUSTIN, TEXAS
COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27
SCALE: 1" = 1000 FEET
PLOT DATE 11-07-01 2:09 PM REVISED
I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.
ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO 5400
STATE OF TEXAS REGISTERED ROBERT L. YOUNG 5400 PROFESSIONAL LAND SURVEYOR
FRONTIER SURVEYING CO.
Land Surveying/Mapping/GPS/GIS
710 Buffalo St. Suite 502
Corpus Christi, TX 78401
(361) 881-8044 Fax (361) 881-8340
PLAT OF:
A WELL LOCATION FOR:
HAMMAN OIL & REFINING CO.
394 LOCATION NO. 3
SITUATED IN THE JNO. O. DEWEES SURVEY NO. 394, A-97, APPROXIMATELY 10 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS
Completion Date 10/26/01
File Name 010705.dwg
Scale 1"=1000'
Surveyed by AW/CW
Drawn by RH/CH
Checked by RH
JOB #: 010705


"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-447 BROOKS CO.
A-227 JIM HOGG CO.
391
JNO. O. DEWEES
A-97
UNIT LINE
710.1'
808.6'
1498'
1791.34'
1780.21'
40 ACRES
480 AC. UNIT
2327'
394-1
394-2
394-3
393-1
393-2
SUR. LINE
390
393
381
394
C. & M.R.R.
A-85
JNO. O. DEWEES
A-97
STARR CO. SCHOOL LAND
J. GUERRA
COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27
SCALE: 1" = 1000 FEET
ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL
LAND SURVEYOR
PLAT OF:
A WELL LOCATION FOR:
HAMMAN OIL & REFINING CO.
FRONTIER SURVEYING CO.
CORPUS CHRISTI TX


"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-479 BROOKS CO.
A-276 JIM HOGG CO.
391
394
910
JNO. O. DEWEES
A-97
C. & M.R.R.
A-78
GUERRA
A-144
UNIT LINE
381
HAMMAN OIL & REFINERY CO.
394 LOCATION NO. 1
GND. ELV. 465.8'
Y = 536,474.9
X = 1,968,670.3
2000.0'
40 AC.
RECEIVED
RRC OF TEXAS
APR 09 2001
OIL & GAS DIVISION
AUSTIN TEXAS
480 AC. UNIT
SUB. LINE
390
393
JNO. O. DEWEES
A-93
C.& M.R.R.
A-85
STARR CO. SCHOOL LAND
A-288
COORDINATES SHOWN ARE BASED
ON LAMBERT GRID, TEXAS STATE
PLANE, SOUTH ZONE, NAD 27
SCALE: 1" = 1000 FEET
JARREL L. MOORE
REGISTERED PROFESSIONAL LAND SURVEYOR
STATE OF TEXAS
REGISTERED
JARREL L. MOORE
4854
PROFESSIONAL
LAND SURVEYOR
PLAT OF:
A WELL LOCATION FOR:
OIL & REFINERY CO.
SITUATED IN THE JNO. DEWEES
IN JIM HOGG COUNTY, TEXAS
TM/JP


"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-479 BROOKS CO.
A-276 JIM HOGG CO.
MESTANA, INC. SOUTH COYOTE NO 1
391
394
910
JNO. O. DEWEES
A-97
I. GUERRA
A-144
MESTANA, INC. SOUTH COYOTE NO 2
5186.2
2587.5
1447.1
UNIT LINE
C. & M.R.R.
A-78
381
HAMMAN OIL & REFINERY CO
394 LOCATION NO. 1
GND ELV 465.6'
Y = 536,474.9
X = 1,988,670.3
2000.0'
40 AC.
RECEIVED
RRC OF TEX
JUN 1 8
CORPUS CHR
480 AC. UNIT
2231.9
393-1
Hamman
SUR. & UNIT LINE
SUR. LINE
390
393
JNO. O. DEWEES
A-93
C.& M.R.R.
A-85
STARR CO. SCHOOL LAND
A-288
COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27
SCALE: 1" = 1000 FEET
I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND
JARREL L. MOORE
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO 4854
STATE OF TEXAS REGISTERED JARREL L. MOORE 4854 PROFESSIONAL LAND SURVEYOR
FRONTIER SURVEYING CO.
Land Surveying/Mapping/GPS/GIS
710 Buffalo St. Suite 302
Corpus Christi, TX 78401
(361) 881-8044 Fax (361) 881-8340
PLOT DATE: 02-07-01 4:06 PM
PLAT OF:
A WELL LOCATION FOR:
HAMMAN OIL & REFINERY CO.
394 LOCATION NO. 1
SITUATED IN THE JNO. DEWEES SURVEY NO. 394, A-97, APPROXIMATELY 10 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS
RECEIVED RRC OF TEX JUN 1 8 2001
Completion Date 02/01/01
File Name 010128.DWG
Scale 1"=1000'
Surveyed by TM/JP
Drawn by RH/AP
Checked by RH
JOB # 010128


SAN ANTONIO DE BALUARTE
JOSE L. SALINAS
A-276
PARTIAL LEASE SHOWN
C. & M.R.R.
A-78
JNO. O. DEWEES
A-97
391
392
394
910
390
393
389
388
387
396
958
C. & M. R.R.
A-79
JNO. O. DEWEES
A-93
C. & M. R.R.
A-85
PLACER CEGO PETR.
LOC. 393-1, MESTENA
STARR CO. SCH. LAND
I hereby certify this plat to be true and correct to the best of my knowledge and belief.
WARREN & SONS, INC.
LAND SURVEYORS
STATE OF TEXAS
H. M. WARREN, JR.
1465
WELL LOCATION PLAT FOR
PLACER CEGO PETROLEUM INC.
LOC. No. 393-1, MESTENA
LOCATED IN SECT. 393 OF
FOWLER & RANKIN'S SUBD OF
THE SANTA RITA PASTURE,
LYING IN THE C.& M. R. R.
SURVEY 393, A-85, APPROX.
III MILES SSE OF HEBBRON-
VILLE, JIM HOGG COUNTY,
TEXAS.
NOTE: PLAT REVISED 4-16-84 TO
SHOW CORRECT SURVEY NAME IN TITLE.
Date 4/13/84

# "SAN ANTONIO BALUARTE"
# JOSE LUIS SALINAS

A 479 BROOKS CO.
A-276 JIM HOGG CO.




COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27

SCALE: 1" = 1000 FEET

I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND

ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 5400

STATE OF TEXAS — REGISTERED — ROBERT L. YOUNG — 5400 — PROFESSIONAL LAND SURVEYOR

PLOT DATE 06-04-01 7:54 AM

**FRONTIER SURVEYING CO.**
Land Surveying/Mapping/GPS/GIS
710 Buffalo St. Suite 502
Corpus Christi, TX 78401
(361) 881-8044 Fax (361) 881-8340

**PLAT OF:**

A WELL LOCATION FOR:

**HAMMAN OIL & REFINERY CO.**
*394 LOCATION NO. 2*

SITUATED IN THE JNO. DEWEES SURVEY NO. 394, A-97, APPROXIMATELY 10 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date | 06/04/01 | File Name | 010413.DWG |
| Scale | 1"=1000' | Surveyed by | AW/CW |
| Drawn by | RH | Checked by | RH |

JOB # 010413

"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-479 BROOKS CO.
A-276 JIM HOGG CO.




COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27

SCALE: 1" = 1000 FEET

PLOT DATE: 06-04-01 7:54 AM

I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.

ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 5400

STATE OF TEXAS — REGISTERED — ROBERT L. YOUNG — 5400 — PROFESSIONAL LAND SURVEYOR

**FRONTIER SURVEYING CO.**
Land Surveying/Mapping/GPS/GIS
710 Buffalo St. Suite 502
Corpus Christi, TX 78401
(361) 881-8044 Fax (361) 881-8340

**PLAT OF:**

A WELL LOCATION FOR:

**HAMMAN OIL & REFINERY CO.**
*394 LOCATION NO. 2*

SITUATED IN THE JNO. DEWEES SURVEY NO. 394, A-97, APPROXIMATELY 10 MILES SOUTHEAST OF HEBBRONVILLE IN JIM HOGG COUNTY, TEXAS

| | | | |
|---|---|---|---|
| Completion Date 06/04/01 | | File Name 010413.DWG | |
| Scale 1"=1000' | | Surveyed by AW/CW | |
| Drawn by RH | | Checked by RH | |

JOB # 010413


"SAN ANTONIO BALUARTE"
JOSE LUIS SALINAS
A-479 BROOKS CO.
A-276 JIM HOGG CO.
JNO. O. DEWEES
A-977
C. & M.R.R.
A-78
GUERRA
A-144
480 AC. UNIT
HAMMAN OIL & REFINING CO.
MESTENA NO. 3932
C. & M.R.R.
A-85
JNO. O. DEWEES
A-93
STARR CO. SCHOOL LAND
A-288
COORDINATES SHOWN ARE BASED ON LAMBERT GRID, TEXAS STATE PLANE, SOUTH ZONE, NAD 27
SCALE: 1" = 1000 FEET
I HEREBY CERTIFY THAT THIS PLAT CORRECTLY SHOWS THE SUBJECT LOCATION AS STAKED ON THE GROUND.
ROBERT L. YOUNG
REGISTERED PROFESSIONAL LAND SURVEYOR
LICENSE NO. 5400
STATE OF TEXAS
REGISTERED
ROBERT L. YOUNG
5400
PROFESSIONAL LAND SURVEYOR
FRONTIER SURVEYING CO.
PLAT OF:
A WELL LOCATION FOR:
HAMMAN OIL & REFINING CO.
MESTENA NO. 3932
SITUATED IN THE C. & M.R.R. SURVEY NO. 393, A-85, APPROXIMATELY 10 MILES SOUTHEAST OF HEBBRONVILLE
IN JIM HOGG COUNTY, TEXAS
JOB # 010704

*VG-13-2024-89609*

**Jim Hogg County**
**Zonia G. Morales**
**Jim Hogg County Clerk**

**Instrument Number:** 89609

Real Property Recordings

Recorded On: May 03, 2024 04:00 PM

Number of Pages: 35

**" Examined and Charged as Follows: "**

Total Recording: $157.00

************ THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 89609 |
| Receipt Number: | 20240503000010 |
| Recorded Date/Time: | May 03, 2024 04:00 PM |
| User: | Zonia M |
| Station: | FICEQVQ |

**Record and Return To:**

Dore Rothberg McKay, P.C

**STATE OF TEXAS**
**Jim Hogg County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Jim Hogg County, Texas**

Zonia G. Morales
Jim Hogg County Clerk
Jim Hogg County, TX

Zonia G. Morales

DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

Park Energy Services, LLC – Mestena Hot Well, Mestena, Inc "E", and South Coyote Wells

# PARTIAL RELEASE OF LIEN CLAIMANT'S AFFIDAVITS AGAINST OIL, GAS AND OTHER MINERAL PROPERTIES

STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS THAT:
COUNTY OF JIM HOGG §

**Claimant:** PARK ENERGY SERVICES, LLC

**Claimant's Address:**

500 N. Broadway, Suite 300
Oklahoma City, Oklahoma 73102

**Release Owners:** DIVERSIFIED PRODUCTION, LLC f/k/a DP BLUEBONNET, LLC
BLUESTONE NATRUAL RESOURCES II, LLC
DP PRODUCTION HOLDINGS, LLC f/k/a CARDINAL BIRD HOLDINGS, LLC

**Properties:** *See Exhibit A.*

**Projects:**

i. Mestena Hot Well No(s) 1 and 4;
ii. Mestena, Inc. "E" Well No(s) 20, 21, 23, 25 and 27; and
iii. South Coyote Well No(s) 1, 2, 6, 7 and 8

**Liens are Described in the Following Documents:**

1. Mestena Hot Wells Lien dated April 18, 2024, filed for record filed on May 3, 2024, under Clerk's Document No. 89607 of the County Clerk Records of Jim Hogg County, Texas.

2. Mestena, Inc. "E" Lien dated April 18, 2024, filed for record filed on May 3, 2024, under Clerk's Document No. 89608 of the County Clerk Records of Jim Hogg County, Texas.

3. South Coyote Lien dated April 18, 2024, filed for record filed on May 3, 2024, under Clerk's Document No. 89606 of the County Clerk Records of Jim Hogg County, Texas.

Said Liens named the Released Owners, among others, as an owner of the Property against which Lien was claimed.

The Liens were asserted by Claimant for its labor, services, goods and materials furnished for the Projects located on the Properties under an agreement with Park Energy Services, LLC.

Claimant is the OWNER and HOLDER of the Liens described above.

For value received, Claimant RELEASES and DISCHARGES the Released Parties, and only the Released Parties, and its interest in and to the Properties, if any, from the Liens.

When the context requires, singular nouns and pronouns include the plural.

DATED this, the 15th day of August, 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

STATE OF TEXAS §
COUNTY OF HARRIS §
§

KATHERINE AMANDA HAYNES
Notary Public, State of Texas
Comm. Expires [illegible]
Notary ID [illegible]

BEFORE ME, the undersigned authority, on this day personally appeared Tim Know, President and Chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same, for the purposes and consideration therein expressed.

Given under my hand and seal of office this, the 16th day of August, 2024.

By: Katherine A. Haynes
Notary Public, the State of Texas

# EXHIBIT A

*Properties Subject to Park Energy Services, LLC's Partial Release of Lien Claimant's Affidavits Against Oil, Gas and Other Mineral Properties*

**Properties:**

*Mestena Hot Wells Lease*

I. All that certain leasehold interest, tract or parcel of land located in **JIM HOGG** County, Texas, containing approximately **3,000.0** acres of land, more or less, being situated in the **MONTALBO, F SURVEY, ABSTRACT 226,** being more particularly described by that certain Memorandum of Oil and Gas Lease By and between Mestena Oil & Gas Company, Eshlerran Ranches, and Lorin E. Vogl, et al, as Lessor, and CPC Exploration, Inc., as Lessee, dated June 11, 1984, filed for record on June 19, 1984, filed for record under Volume 104, Page 82 in the Official Public Records of Jim Hogg County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

i. **Mestena Hot Wells Well No. 4**, RRC Status No. 624423, API No. 42-247-32379, being located at a surface location of 564.2 feet from the EAST line and 716.6 feet from the NORTH line of the lease; and 564.2 feet from the EAST line and 2,002.0 feet from the SOUTH line of the Fransisco Montalbo Survey, Abstract 226, in Jim Hogg County, Texas

ii. **Mestena Hot Wells Well No. 1**, RRC Status No. 254384, API No. 42-247-31618, being located at a surface location of 990.0 feet from the EAST line and 990.0 feet from the SOUTH line of the lease; and 990.0 feet from the EAST line and 990.0 feet from the SOUTH line of the Fransisco Montalbo Survey, Abstract 226, in Jim Hogg County, Texas

*Mestena, Inc. "E" Lease*

II. All that certain leasehold interest, tract or parcel of land located in **JIM HOGG** County, Texas, containing approximately **640.0** acres of land, more or less, being situated in the **"PALO BLANCO" FRANCISCO PENA AND FRANCISCO GRANT, AND ANTONIO PENA SURVEYS, ABSTRACT 246 & 247,** being more particularly described by that certain Memorandum of Oil & Gas lease by and between Mestena Oil & Gas Company, as Lessor, and C&K Petroleum, Inc., as Lessee, dated December 29, 1976, filed for record on February11, 1977, under Volume 73, Page 45; also included in the Assignment of Oil & Gas Agreement by and between Mestena Operating, LLC and The Pipeline Company, LLC, as Assignor, and BlueStone Natural Resources II, LLC, as Assignee, filed for record on March 9, 2015, under Document No. 82480, Volume 120, Page 826 in the Official Public Records of Jim Hogg County,

Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

i. **Mestena, Inc. "E" Well No. 27,** RRC Status No. 510317, API No. 42-247-32218, being located at a surface location of 972.1 feet from the SOUTH line and 1,516.2 feet from the EAST line of the lease; and 2,799.6 feet from the WEST line and 8,211.7 feet from the NORTH line of the "Palo Blanco" Francisco Grant Survey, Abstract 246, in Jim Hogg County, Texas;

ii. **Mestena, Inc. "E" Well No. 25,** RRC Status No. 496630, API No. 42-247-32156, being located at a surface location of 419.0 feet from the WEST line and 3,230.0 feet from the SOUTH line of the lease; and 10,095.0 feet from the WEST line and 4,079.0 feet from the SOUTH line of the "Palo Blanco" Francisco Grant Survey, Abstract 247, in Jim Hogg County, Texas;

iii. **Mestena Inc. "E" Well No. 21**, RRC Status No. 440936, API No. 42-247-32062, being located at a surface location of 614.0 feet from the EAST line and 850.0 feet from the NORTH line of the lease; and 614.0 feet from the EAST line and 850.0 feet from the NORTH line of the Antonio Pena Survey, Abstract 246, in Jim Hogg County, Texas;

iv. **Mestena Oil & Gas "E" Well No. 23,** RRC Status No. 440452, API No. 42-247-32061, being located at a surface location of 1,056.0 feet from the EAST line and 3,001.0 feet from the SOUTH line of the lease; and 1,056.0 feet from the EAST line and 3,001.0 feet from the SOUTH line of the "Palo Blanco" Francisco Pena Survey, Abstract 247, in Jim Hogg County, Texas;

v. **Mestena Oil & Gas "E" Well No. 20**, RRC Status No. 440451, API No. 42-247-32060, being located at a surface location of 1,541.0 feet from the NORTH line and 3,481.0 feet from the EAST line of the lease; and 3,459.0 feet from the SOUTH line and 6,260.0 feet from the WEST line of the "Palo Blanco" Francisco Pena Survey, Abstract 247, in Jim Hogg County, Texas;

*South Coyote Lease*

III. All that certain leasehold interest, tract or parcel of land located in **JIM HOGG** County, Texas, containing approximately **1,280.0** acres of land, more or less, being situated in the **"SAN ANTONIO BALUARTE" JOSE LUIS SALINAS, C&M RR CO. / J.O. DE WEES SURVEY, ABSTRACT 97 & 276,** being more particularly described by that certain Memorandum of Oil and Gas Lease, by and between Mestena Proven, Ltd and Mestena Unproven, Ltd, as Lessors, and Mestena, Inc., as Lessee, filed for record on September 29, 2000, under Document No. 65229, Volume 21, Page 470 in the Official Public Records of Jim Hogg County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

i. **<u>South Coyote Well No. 8;</u>** RRC Status No. 559538; API No. 42-247-32300; being located at a surface location of 1,542.6 feet from the SOUTH line and 2,028.7 feet from the WEST line of the lease; and 634.0 feet from the NORTH line and 2,028.7 feet from the WEST line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas;

ii. **<u>South Coyote Well No. 2;</u>** RRC Status No. 501062; API No. 42-247-32175; being located at a surface location of 877.4 feet from the SOUTH line and 1,531.4 feet from the EAST line of the lease; and 1,219.0 feet from the NORTH line and 1,531.4 feet from the EAST line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas;

iii. **<u>South Coyote Well No. 1;</u>** RRC Status No. 498202; API No. 42-247-32161; being located at a surface location of 4,077.6 feet from the WEST line and 2,564.1 feet from the SOUTH line of the lease; and 16,575.0 feet from the WEST line and 487.2 feet from the SOUTH line of the San Antonio Baluarte Jose Luis Salinas Survey, Abstract 276, in Jim Hogg County, Texas;

iv. **<u>South Coyote Well No. 6;</u>** RRC Status No. 509825; API No. 42-247-32213; being located at a surface location of 467.0 feet from the EAST line and 1,413.9 feet from the SOUTH line of the lease; and 467.0 feet from the EAST line and 630.8 feet from the NORTH line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas ;

v. **<u>South Coyote Well No. 7;</u>** RRC Status No. 511317; API No. 42-247-32222 being located at a surface location of 1,275.7 feet from the SOUTH line and 4,506.9 feet from the EAST line of the lease; and 1,275.7 feet from the SOUTH line and 17,998.5 feet from the WEST line of the C&M RR Co. / J.O. De Wees Survey, Abstract 97, in Jim Hogg County, Texas

*VG-13-2024-89830*

Jim Hogg County
Zonia G. Morales
Jim Hogg County Clerk

**Instrument Number:** 89830

Real Property Recordings

Recorded On: September 06, 2024 01:52 PM

Number of Pages: 6

**" Examined and Charged as Follows: "**

Total Recording: $41.00

************ **THIS PAGE IS PART OF THE INSTRUMENT** ************
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 89830 |
| Receipt Number: | 20240906000003 |
| Recorded Date/Time: | September 06, 2024 01:52 PM |
| User: | Zonia M |
| Station: | FICEQVQ |

**Record and Return To:**

DORE ROTHBERG McKAY P.C.
16225 PARK TEN PLACE SUITE #700

HOUSTON TX 77084

THE STATE OF TEXAS JIM HOGG COUNTY

**STATE OF TEXAS**
**Jim Hogg County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Records of Jim Hogg County, Texas**

Zonia G. Morales
Jim Hogg County Clerk
Jim Hogg County, TX

Zonia G. Morales

90894 Bk OPR Vol 198 Pg 417

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – SBR Well No. 32

# LIEN CLAIMANT'S AFFIDAVIT AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF McMULLEN §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$35,000.00** | **Invoice Nos.:**<br>77909, 79163<br>80425, 81692 | From<br>May 1, 2023<br>To<br>August 31, 2023 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**EL DORADO GAS & OIL, INC.**
1261 Pass Road
Gulfport, MS 39501

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **MCMULLEN** County, Texas, containing approximately **8,833.41** acres of land, more or less, being situated in the **SECTION 70, A. TREVINO SURVEY, ABSTRACT 860,** being more particularly described by that certain Assignment and Bill of Sale by and between Silverbow Resources Operating, LLC, as Assignor, and El Dorado Gas & Oil, Inc, as Assignee, filed for record on March 9, 2018, under Instrument No. 84440, Volume 142, Page 110 in the Official Public Records of McMullen County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:
>
> **SBR Well No. 32**, RRC Permit No. 442381, API No. 42-311-33135, being located at a surface location of 1,830.0 feet from the EAST line and 2,054.0 feet from the SOUTHERLY NORTHWEST line of the lease; and 530.0 feet from the SOUTHWEST line and 560.0 feet from the SOUTHERLY SOUTHEAST line of SECTION 70of the A. TREVINO SURVEY, ABSTRACT 860, MCMULLEN County, Texas;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$35,000.00**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or

hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 27th day of November 2023.

**PARK ENERGY SERVICES, LLC**

By: [signature]
Tim Knox
President and Chief Executive Officer

THE STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and Chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 27 day of November 2023.

KATHERINE AMANDA HAYNES
Notary Public, State of Texas
Comm. Expires 09-28-2026
Notary ID 133988559

By: Katherine Haynes
Notary Public, the State of Texas

Bk Vol Pg
90894 OPR 198 421

PARK
ENERGY SERVICES

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00077909

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 5/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBRA<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

# EXHIBIT A

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0079163

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Bk: OFR 9182744 Vol: 1192 Pg: 425

Park Energy Services, LLC
5000 N Broadway, S#3000
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405 896 3169

PARK
ENERGY SERVICES

# Invoice

#00080425

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$87,500.00

**Due Date: 7/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $87,500.00 | $87,500.00 |

| | |
|---|---|
| Subtotal | $87,500.00 |
| Tax (0%) | $0.00 |
| Total | $87,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0081692

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

9089 4 Bk OPR Vol 198 Pg 425



| | Bk | Vol | Pg |
|---|---|---|---|
| 90894 | OPR | 198 | 426 |

FILED FOR RECORD

This Dec 06,2022 at 01:28P
MATTIE SADOVSKY
CLERK COUNTY COURT MCMULLEN CO. TX
BY: Victoria Streeter

THE STATE OF TEXAS
COUNTY OF McMULLEN
I, MATTIE SADOVSKY, Clerk of the County Court of said county, do hereby certify that the foregoing instrument of writing, with its certificate of authentication was filed for record in my office this Dec 06,2022 at 01:28P and duly recorded the Dec 06,2022 in the McMullen County Records of said County,in VOL 198 on PAGE 417.
Witness my hand and the seal of the County Court of said County at the office in TILDEN, TEXAS the day and year last above written.

MATTIE SADOVSKY
CLERK, COUNTY COURT, MCMULLEN COUNTY, TEXAS

BY:Victoria Streeter

91358 Bk OPR Vol 202 Pg 564

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – Bracken G Wells

# LIEN CLAIMANT'S AFFIDAVIT AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF McMULLEN §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$18,646.12** | **Invoice Nos.:**<br>77909, 79163<br>80425, 81692,<br>82949, 84194,<br>85427, 86641,<br>87882, 90400 | From<br>May 1, 2023<br>To<br>January 9, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**EL DORADO GAS & OIL, INC.**
1261 Pass Road
Gulfport, MS 39501

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **MCMULLEN** County, Texas, containing approximately **1,0279.0** acres of land, more or less, being situated in the **JOHN B. FOX SURVEY, ABSTRACT 197,** being more particularly described by that certain Assignment and Bill of Sale by and between Silverbow Resources Operating, LLC, as Assignor, and El Dorado Gas & Oil, Inc, as Assignee, filed for record on March 9, 2018, under Instrument No. 84440, Volume 142, Page 110 in the Official Public Records of McMullen County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the **Bracken "I" Well No. 87 f/k/a Bracken G Well No. 102**; RRC Status No. 356143; API No. 42-311-32736; being located at a surface location of 8,810.0 feet from the SOUTH line and 3,430.0 feet from the EAST line, and 80.0 feet from the NORTHWEST line and 760.0 feet from the SOUTHWEST line of the John B. Fox Survey, Abstract 197 in McMullen County, Texas

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$18,646.12**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping

equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not."

(The remainder of this page intentionally left blank)

DATED this, the 26th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and Chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 26th day of April 2024.

RYAN W. SHELTON
Notary Public, State of Texas
Comm. Expires 11-08-2025
Notary ID 133439714

By: ______________________
Notary Public, the State of Texas

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0077909

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBRA<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

**EXHIBIT "A"**

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91358 Bk OPR Vol 202 Pg 549

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00079163

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00
Due Date: 6/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

Bk Vol Pg
91358 OPR 202 570

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00080425

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 7/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91358 Bk OPR Vol 202 Pg 571

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0081692

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00
**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91358 Bk OPR Vol 202 Pg 572

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0082949

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91358 Bk OPR Vol 202 Pg 573

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084194

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91358 Bk OPR Vol 202 Pg 574

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00854427

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1281 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 11/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0086641

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91358 Bk OPR Vol 202 Pg 576

PARK ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0087882

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

91358 Bk OPR Vol 202 Pg 577

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00090400

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$1,584.46

Due Date: 1/9/2024

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $1,584.46 | $1,584.46 |

| | |
|---|---|
| Subtotal | $1,584.46 |
| Tax (0%) | $0.00 |
| Total | $1,584.46 |

#91358 Bk OPR Vol 202 Pg 578




**EXHIBIT "B"**

By [signature]

I hereby certify this plat to be correct to the best of my knowledge.

**REDIEM SURVEYING**
Oil Well Elevations and Locations
P. O. Box 308 512-358-8484
Beeville, Texas 78104-0308

| |
|---|
| DALE OPERATING CO. |
| BRACKEN NO. 87 |
| JOHN B. FOX SURVEY A-197<br>McMULLEN COUNTY, TEXAS |
| date: FEB. 8, 1989 scale: 1" = 1000' |

91358 Bk OPR Vol 202 Pg 579

FILED FOR RECORD

This May 15,2024 at 09:30A
MATTIE SADOVSKY
CLERK COUNTY COURT MCMULLEN CO. TX
BY: Victoria Streeter

THE STATE OF TEXAS
COUNTY OF McMULLEN
I, MATTIE SADOVSKY, Clerk of the County Court of said county, do hereby certify that the foregoing instrument of writing, with its certificate of authentication was filed for record in my office this May 15,2024 at 09:30A and duly recorded the May 15,2024 in the McMullen County Records of said County, in VOL 202 on PAGE 564.
Witness my hand and the seal of the County Court of said County at the office in TILDEN, TEXAS the day and year last above written.

MATTIE SADOVSKY
CLERK, COUNTY COURT, MCMULLEN COUNTY, TEXAS

BY:Victoria Streeter

Victoria Streeter
-----------------------------

91359 Bk OPR Vol 202 Pg 580

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – Bracken B Wells

**LIEN CLAIMANT'S AFFIDAVIT**
**AGAINST OIL, GAS AND OTHER MINERAL PROPERTY**

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF McMULLEN §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$18,646.12** | **Invoice Nos.:**<br>77909, 79163<br>80425, 81692,<br>82949, 84194,<br>85427, 86641,<br>87882, 90400 | From<br>May 1, 2023<br>To<br>January 9, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**EL DORADO GAS & OIL, INC.**
1261 Pass Road
Gulfport, MS 39501

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

All that certain leasehold interest, tract or parcel of land located in **MCMULLEN** County, Texas, containing approximately **400.0** acres of land, more or less, being situated in the **TWO RIVERS RANCH SUBDIVISION/A. TREVINO SURVEY, ABSTRACT 860, SECTION 70**, being more particularly described by that certain Assignment and Bill of Sale by and between Silverbow Resources Operating, LLC, as Assignor, and El Dorado Gas & Oil, Inc, as Assignee, filed for record on March 9, 2018, under Instrument No. 84440, Volume 142, Page 110 in the Official Public Records of McMullen County, Texas. Said lands include, but are not to be limited by, that certain wellbore known as the:

i. **Bracken "1" Well No. 83 f/k/a Bracken B Well No. 1083**; RRC Status No. 410691; API No. 42-311-32852; being located at a surface location of 8,143.0 feet from the EAST line and 21,026.0 feet from the NORTH line, and 3,500.0 feet from the WEST line and 4,450.0 feet from the SOUTH line of the A. Trevino Survey, Abstract 860 in McMullen County, Texas; and

ii. **Bracken "B" Well No. 2083;** RRC Status No. 480865; API No. 42-311-33534; being located at a surface location of 480.0 feet from the WEST line and 1,857.0 feet from the SOUTH line, and 2,150.0 feet from the WEST line and 950.0 feet from the NORTH line of the Two Rivers Ranch Subdivision/A. Trevino Survey, Abstract 860, Section 70 in McMullen County, Texas;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$18,646.12**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells

located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not."

(The remainder of this page intentionally left blank)

DATED this, the 26th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and Chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 26th day of April 2024.

RYAN W. SHELTON
Notary Public, State of Texas
Comm. Expires 11-09-2025
Notary ID 133439714

By: ______________________
Notary Public, the State of Texas

91359 Bk OPR Vol 202 Pg 584

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00077909

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 5/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBRA<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

**EXHIBIT "A"**

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 585

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0079163

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 586

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00080425

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 7/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK : CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 587

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0081692

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 588

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0082949

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 589

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084194

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 590

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0085427

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 11/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 591

PARK ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00866411

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 12/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK : CUMMINS KTA19 : GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 592

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00087882

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 1/1/2024

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK : CUMMINS KTA19 : GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91359 Bk OPR Vol 202 Pg 593

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0090400

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$1,584.46

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $1,584.46 | $1,584.46 |

| | |
|---|---|
| **Subtotal** | $1,584.46 |
| **Tax (0%)** | $0.00 |
| **Total** | $1,584.46 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

PREPARED FOR:

DALE OPERATING COMPANY
HARTFORD BLDG., SUITE 1040
DALLAS, TEXAS 75201
(214) 979-9010




STATE OF TEXAS
REGISTERED
DAVID GREGORY SMYTH
2046
PROFESSIONAL
LAND SURVEYOR

# EXHIBIT "B"

Texas Society of Professional Surveyors
MEMBER

STATE OF TEXAS:
COUNTY OF FRIO:

I, D.G. SMYTH DO HEREBY CERTIFY THAT THIS PLAT WAS PREPARED FROM AN ACTUAL SURVEY MADE ON THE GROUND BY MEN WORKING UNDER MY SUPERVISION.

SURVEYED: SEPTEMBER 18, 1990

*PLAT SHOWING:*

***Proposed DALE OPERATING COMPANY, oil well location "Bracken No. 1 - 83" the surface location being 8143 feet from the east lease line and 21,026 feet from the north lease line as shown in the Antonio Trevino, Survey No. 482, Abstract 860, McMullen County, Texas.***

D. G. Smyth

*D. G. SMYTH*
REGISTERED PROFESSIONAL LAND SURVEYOR #2046

*SMYTH SURVEYING CO.*

| P.O. BOX 1895<br>DILLEY, TEXAS 78017<br>PHONE 965-1665 | THIS DRAWING IS THE PROPERTY OF SMYTH SURVEYING CO. AND SHALL NOT BE USED FOR ANY PURPOSE WITHOUT THE WRITTEN CONSENT OF AN AUTHORIZED AGENT OF SMYTH SURVEYING CO. SMYTH SURVEYING CO ACCEPTS NO RESPONSIBILITY FOR THE USE OF THE DRAWING FOR ANY PURPOSE AFTER SIX MONTHS FROM THE DATE INDICATED ABOVE. ALL RIGHTS RESERVED. COPYRIGHT 1990, SMYTH SURVEYING CO. © |
|---|---|

JOB NO. 90-1448C




THIS PLAT WAS PREPARED FOR:
SWIFT ENERGY COMPANY

By: ____________________

Laughlin-Simmons Of Texas
Oil Well Elevations and Locations
Professional Land Surveying
PH. 512-358-1498 FAX 512-358-6485
P. O. BOX 308
Beeville, Texas 78104-0308

RECEIVED
R.R.C. OF TEXAS
NOV 13 1998
OIL & GAS DIVISION
AUSTIN, TEXAS

DRAWING FILE: D:\DRV\MCMULLEN\BRAK2083

**SWIFT ENERGY COMPANY**

BRACKEN "B" LEASE WELL NO. 2083

A. TREVINO SURVEY, A-860
SECTION 70, TWO RIVERS RANCH SUBDIVISION
MCMULLEN COUNTY, TEXAS

A.A. DATE: 11-05-1998 SCALE: 1"= 1000'

FILED FOR RECORD

This May 15,2024 at 09:44A
MATTIE SADOVSKY
CLERK COUNTY COURT MCMULLEN CO. TX
BY: Victoria Streeter

THE STATE OF TEXAS
COUNTY OF McMULLEN
I, MATTIE SADOVSKY, Clerk of the County Court of said county, do hereby certify that the foregoing instrument of writing, with its certificate of authentication was filed for record in my office this May 15,2024 at 09:44A and duly recorded the May 15,2024 in the McMullen County Records of said County in VOL 202 on PAGE 580.
Witness my hand and the seal of the County Court of said County at the office in TILDEN, TEXAS the day and year last above written.

MATTIE SADOVSKY
CLERK, COUNTY COURT, MCMULLEN COUNTY, TEXAS

BY:Victoria Streeter

Victoria Streeter

91360 Bk OPR Vol 202 Pg 597

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – Bracken D Wells

# LIEN CLAIMANT'S AFFIDAVIT AGAINST OIL, GAS AND OTHER MINERAL PROPERTY

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF McMULLEN §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$18,646.12** | **Invoice Nos.:**<br>77909, 79163<br>80425, 81692,<br>82949, 84194,<br>85427, 86641,<br>87882, 90400 | From<br>May 1, 2023<br>To<br>January 9, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**EL DORADO GAS & OIL, INC.**
1261 Pass Road
Gulfport, MS 39501

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **MCMULLEN** County, Texas, containing approximately **240.0** acres of land, more or less, being situated in **SECTION 71, TWO RIVERS RANCH SUBDIVISION AND JOHN. B FOX SURVEYS, ABSTRACTS 196, 197, AND 211,** being more particularly described by that certain Assignment and Bill of Sale by and between Silverbow Resources Operating, LLC, as Assignor, and El Dorado Gas & Oil, Inc, as Assignee, filed for record on March 9, 2018, under Instrument No. 84440, Volume 142, Page 110 in the Official Public Records of McMullen County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the:

i. **Bracken "D" Well No. 2099**; RRC Status No. 488923; API No. 42-311-33561; being located at a surface location of 202.0 feet from the WEST line and 1,258.0 feet from the SOUTH line, and 998.0 feet from the SOUTH line and 432.0 feet from the WEST line of the Two Rivers Ranch Subdivision Survey, Abstract 196, Section 71 in McMullen County, Texas;

ii. **Bracken "D" Well No. 2010O**; RRC Status No. 493213; API No. 42-311-33580; being located at a surface location of 880.0 feet from the EAST line and 1,260.0 feet from the SOUTH line, and 1,900.0 feet from the WEST line and 1,000.0 feet from the SOUTH line of the Two Rivers Ranch Subdivision Survey, Abstract 197, Section 71 in McMullen County, Texas;

iii. **Bracken "D" Well No. 2087;** RRC Status No. 488924; API No. 42-311-33562; being located at a surface location of 455.0 feet from the NORTH line and 386.0 feet from the WEST line, and 1,873.0 feet from the WEST line and 455.0 feet from the NORTH line of the Two Rivers Ranch Subdivision Survey, Abstract 211, Section 71 in McMullen County, Texas; and

iv. **Bracken "D" Well No. 10100;** RRC Status No. 363388; API No. 42-311-32771; being located at a surface location of 467.0 feet from the NORTH line and 660W.0 feet from the WEST line, and 1,550.0 feet from the NORTHWEST

line and 10.0 feet from the SOUTHWEST line of the John B. Fox Survey, Abstract 197 in McMullen County, Texas;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$18,646.12**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

Further Affiant Sayeth Not."

(The remainder of this page intentionally left blank)

DATED this, the 26th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 26th day of April 2024.

RYAN W. SHELTON
Notary Public, State of Texas
Comm. Expires 11-09-2025
Notary ID 133439714

By: ______________________
Notary Public, the State of Texas

| Bk | Vol | Pg |
|---|---|---|
| 91360 OPR | 202 | 401 |

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00077909

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1281 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 5/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBRA<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

**EXHIBIT "A"**

91360 Bk OPR Vol 202 Pg 602

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0079163

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 6/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OPR Vol 202 Pg 606

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00080425

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 7/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OFR Vol 202 Pg 604

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00081692

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 8/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO . REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OPR Vol 202 Pg 605

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0082949

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 9/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

| Blk | Vol | Pg |
|---|---|---|
| 91360 OPR | 202 | 606 |

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00841194

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 10/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK : CUMMINS KTA19 : GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OPR Vol 202 Pg 607

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00085427

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 11/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OPR Vol 202 Pg 608

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0086641

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 12/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OPR Vol 202 Pg 609

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0087882

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 1/1/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OPR Vol 202 Pg 610

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#0090400

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$1,584.46

**Due Date: 1/9/2024**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $1,584.46 | $1,584.46 |

| | |
|---|---|
| **Subtotal** | $1,584.46 |
| **Tax (0%)** | $0.00 |
| **Total** | $1,584.46 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91360 Bk OPR Vol 202 Pg 611




NOTE

COORDINATES ARE GRID (NAD 27, TEXAS SOUTH CENTRAL ZONE), BASED ON GPS OBSERVATIONS MADE ON SEPTEMBER 28, 1999.

This plat was prepared for Swift Energy Company

By: [signature]

RECEIVED
RRC OF TEXAS
OCT 27 1999
OIL & GAS DIVISION
AUSTIN, TEXAS

LOCATION BEARS S 36° E ±9.5 MILES FROM TILDEN, TEXAS

# EXHIBIT "B"

Laughlin–Simmons of Texas
Oil Well Elevations and Locations
Professional Land Surveying
PH. 361–358–1498 FAX: 361–358–6485
P. O. BOX 308
Beeville, Texas 78104–0308

DRAWING FILE: D:\DR\MCMULLEN\BRAK2099

**SWIFT ENERGY COMPANY**

**BRACKEN "D" WELL NO. 2099**

JOHN B. FOX SURVEY, A–197
SECTION 71, TWO RIVERS RANCH SUBDIVISION
MCMULLEN COUNTY, TEXAS

A.A. DATE: 10–11–1999 SCALE: 1" = 1000'

91360 Bk OPR Vol 202 Pg 612




RECEIVED
RRC OF TEXAS
MAR 17 2000
OIL & GAS DIVISION
AUSTIN, TEXAS

RECEIVED
R.R.C. OF TEXAS
MAR 24 2000
OIL & GAS DIVISION
SAN ANTONIO, TEXAS

Loughlin–Simmons of Texas
Oil Well Elevations and Locations
Professional Land Surveying
PH. 361-358-1498 FAX: 361-358-6485
P. O. BOX 308
Beeville, Texas 78104-0308

| NOTE |
|---|
| COORDINATES ARE GRID (NAD 27, TEXAS SOUTH CENTRAL ZONE), BASED ON GPS OBSERVATIONS MADE ON JANUARY 24, 2000. |

This plat was prepared for Swift Energy Company

By: [signature]

CERTIFICATION
I HEREBY CERTIFY THAT THIS PLAT HAS BEEN EXAMINED BY ME AND THAT THE INFORMATION CONTAINED THEREON IS TO THE BEST OF MY KNOWLEDGE AND BELIEF, TRUE, CORRECT, AND COMPLETE.
SIGNED [signature] Patricia A. Riggs
DATE OF 3-16-2000

DRAWING FILE: D:\DR\MCMULLEN\BRAK100

| |
|---|
| SWIFT ENERGY COMPANY |
| BRACKEN "D" WELL NO. 20100 |
| JOHN B. FOX SURVEY, A-197<br>SECTION 71, TWO RIVERS RANCH SUBDIVISION<br>MCMULLEN COUNTY, TEXAS |
| A.A. DATE: 02-03-2000 SCALE: 1"= 1000' |



Bk Vol Pg
OPR
202
SWIFT ENERGY SBR LEASE
SWIFT NO. 45 SBR
SWIFT ENERGY BRACKEN "E" LEASE
ANTONIO GARZA
A-211
A-860
40 ACRE UNIT
SBR LEASE SWIFT ENERGY
GABRIEL M. Y. NUNEZ A-847
STAKED: 09-28-1999
SWIFT ENERGY COMPANY
BRACKEN "D" WELL NO. 2087
EL.= 211.9' gr.
X = 2,176,368
Y = 190,740
JOHN B. FOX A-197
SWIFT ENERGY SBR LEASE
A-845
SWIFT ENERGY SBR LEASE
TWO RIVERS RANCH SUBDIVISION
JOHN B. FOX A-1996
NOTE
COORDINATES ARE GRID (NAD 27, TEXAS SOUTH CENTRAL ZONE), BASED ON GPS OBSERVATIONS MADE ON SEPTEMBER 28, 1999.
This plat was prepared for Swift Energy Company
By:
Laughlin-Simmons of Texas
Oil Well Elevations and Locations
Professional Land Surveying
PH. 361-358-1468 FAX: 361-358-6485
P. O. BOX 308
Beeville, Texas 78104-0308
LOCATION BEARS S 40°00' E ±9.1 MILES FROM TILDEN, TEXAS
OCT 8 1999
OIL & GAS DIVISION AUSTIN, TEXAS
SWIFT ENERGY COMPANY
BRACKEN "D" WELL NO. 2087
ANTONIO GARZA SURVEY NO. 199, A-211
SECTION 71, TWO RIVERS RANCH SUBDIVISION
MCMULLEN COUNTY, TEXAS
A.A. DATE: 10-11-1999 SCALE: 1"= 1000'




By

I hereby certify this plat to be correct to the best of my knowledge.

**REDIEM SURVEYING**
Oil Well Elevations and Locations
P. O. Box 308 512-358-6484
Beeville, Texas 78104-0308

# DALE OPERATING CO.

BRACKEN "1-100" NO. 1

JOHN B. FOX SURVEY A-197,
McMULLEN COUNTY, TEXAS

date: 6-10-89 scale: 1" = 1000'

91360 Bk OPR Vol 202 Pg 615

FILED FOR RECORD

This May 15,2024 at 09:57A
MATTIE SADOVSKY
CLERK COUNTY COURT MCMULLEN CO. TX
BY: Victoria Streeter

THE STATE OF TEXAS
COUNTY OF McMULLEN
I, MATTIE SADOVSKY, Clerk of the County Court of said county, do hereby certify that the foregoing instrument of writing, with its certificate of authentication was filed for record in my office this May 15,2024 at 09:57A and duly recorded the May 15,2024 in the McMullen County Records of said County,in VOL 202 on PAGE 597.
Witness my hand and the seal of the County Court of said County at the office in TILDEN, TEXAS the day and year last above written.

MATTIE SADOVSKY
CLERK, COUNTY COURT, MCMULLEN COUNTY, TEXAS

BY:Victoria Streeter

Victoria Streeter

91361 Bk OPR Vol 202 Pg 616

**AFTER RECORDING RETURN TO:**
DORÉ ROTHBERG LAW, P.C.
16225 Park Ten Place Dr., Ste 700
Houston, Texas 77084
281-829-1555
281-200-0751 Fax

El Dorado Gas and Oil Inc. – SBR Wells

**AMENDED LIEN CLAIMANT'S AFFIDAVIT**
**AGAINST OIL, GAS AND OTHER MINERAL PROPERTY**

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF McMULLEN §

1. THAT, the undersigned agent of **PARK ENERGY SERVICES, LLC** ("Claimant"), as affiant, being duly sworn, makes oath, and affirms the following statements are true and within my personal knowledge, claims a lien for labor performed and materials furnished as a contractor under express contract with the mineral property owner, mineral contractor and/or mineral subcontractor, or their respective agents, for the benefit of and on the hereinafter described land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way.

2. The amount of the lien claimed, the items of the claim and dates of performance are as follows:

| Amounts Claimed | Items of the Claim<br>Oilfield Equipment, Rental Tools<br>Services and Products | Dates of Work |
|---|---|---|
| **$18,646.12** | **Invoice Nos.:**<br>77909, 79163<br>80425, 81692,<br>82949, 84194,<br>85427, 86641,<br>87882, 90400 | From<br>May 1, 2023<br>To<br>January 9, 2024 |

3. To the best knowledge and belief of affiant, the name(s) of the operator and/or mineral property owner(s) of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way against which the lien is claimed is:

**EL DORADO GAS & OIL, INC.**
1261 Pass Road
Gulfport, MS 39501

; and all other record title interest owners, and/or any other person or entity asserting an interest by virtue of an assignment that was not recorded in the real property records at the time Claimant commenced labor and/or hauled or delivery of materials in the property described below, (collectively referred to as "Owner").

4. The name of Claimant is **PARK ENERGY SERVICES, LLC**, whose address is 500 N Broadway, Suite No. 300, Oklahoma City, Oklahoma 73102.

5. Claimant performed labor and/or furnished or hauled material at the request of **EL DORADO GAS AND OIL INC.**, whose address is 1261 Pass Road, Gulfport, Mississippi 39501.

6. A description of the land, oil, gas, or other mineral leasehold, oil or gas pipeline and/or oil or gas pipeline right-of-way subject of which the lien is claimed is as follows:

> All that certain leasehold interest, tract or parcel of land located in **MCMULLEN** County, Texas, containing approximately **8,833.41** acres of land, more or less, being situated in the **S/2 of SECTIONS 41 & 42, all of SECTION 51, a portion of SECTIONS 52 and 54, all of SECTIONS 55, 56, 57, 66, 67, 68, 69, 70, 71, and 80, and a portion of SECTIONS 78, 79, 81, 82, and 83, all of which Sections are out of the Subdivision of the Tow Rivers Ranch, and also out of that part of the JOSE MANUEL DEL CASRO SURVEY NO. 246 and 247, A-161 and A-160, A. TREVINO SURVEY, ABSTRACT 860,** being more particularly described by that certain Oil, Gas, and Mineral Lease dated September 30, 1994, by and between Shirley Bracken Wilson Evans, et al, as Lessors, and Swift Energy Company, as Lessee, filed for record under Document No. 50632, Volume 354, Page 282; and included in that Assignment and Bill of Sale by and between Silverbow Resources Operating, LLC, as Assignor, and El Dorado Gas & Oil, Inc, as Assignee, filed for record on March 9, 2018, under Instrument No. 84440, Volume 142, Page 110 in the Official Public Records of McMullen County, Texas; Said lands include, but are not to be limited by, that certain wellbore known as the **SBR Well No. 32**, RRC Permit No. 442381, API No. 42-311-33135, being located at a surface location of 1,830.0 feet from the EAST line and 2,054.0 feet from the SOUTHERLY NORTHWEST line of the lease; and 530.0 feet from the SOUTHWEST line and 560.0 feet from the SOUTHERLY SOUTHEAST line of SECTION 70of the A. TREVINO SURVEY, ABSTRACT 860, MCMULLEN County, Texas;

and as additionally described by the land survey plat(s) attached hereto as **Exhibit "B"**, all of which are incorporated herein by reference, against which this lien is claimed.

7. The true and correct amount claimed by Claimant is **$18,646.12**, and said amount is just, reasonable, due and unpaid, and that the same with legal interest and attorney fees is due and unpaid, and all just and lawful payments, offsets and credits have been allowed. Attached

hereto, marked **Exhibit "A"** and incorporated herein by this reference, is an itemized statement of account showing thereon the materials furnished and labor performed by Claimant on the dates and in the amounts shown thereon. This lien claim for the amount stated above is upon the whole of said oil and gas leasehold estate or lease for oil and gas purposes, and upon all of the oil and gas wells located thereon, and particularly upon each well(s) treated by Claimant from which the debt secured hereby is due and owing, the building and appurtenances, and upon all other materials, machinery and supplies owned by the Owner and used in the operations, as well as upon all the other oil wells, gas wells, or oil or gas pipelines for which the same are furnished or hauled and upon all other oil wells, gas wells, buildings and appurtenances, including pipeline, leasehold interest and land for which such materials, machinery and supplies were furnished or hauled or labor performed, and upon all equipment pertaining to said well(s) and to all other wells, and upon all lease equipment, rights, pipelines and right-or-way for same, and all casing, tools, and pumping equipment on said leasehold of or belonging to Owner, and all other property pursuant to Tex. Prop. Code § 56.003.

8. Due notice was given by Claimant of said account and lien claim by certified mail, return receipt requested to the mineral property owner(s) described herein, in accordance with applicable law.

9. Not more than six (6) months have elapsed since the indebtedness for the performance of such labor and services and/or the furnishing of such materials and supplies has accrued.

10. This Amended Lien Claimant's Affidavit Against Oil, Gas and Other Mineral Property amends that certain Affidavit in Support of Lien on Mineral Property dated November 27, 2023, filed for record on December 6, 2023, under Instrument No. 90894, Volume 198, Page 417 of the Official Public Records of McMullen County, Texas.

Further Affiant Sayeth Not.

(The remainder of this page intentionally left blank)

DATED this, the 26th day of April 2024.

**PARK ENERGY SERVICES, LLC**

By: ______________________
Tim Knox
President and Chief Executive Officer

THE STATE OF Texas §
§
COUNTY OF Harris §

BEFORE ME, the undersigned authority, on this day personally appeared Tim Knox, President and chief Executive Officer for Park Energy Services, LLC, known to me to be the person whose name is subscribed to the foregoing instrument and who upon oath swore that the foregoing statements were true and within his personal knowledge and who acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SWORN TO AND SUBSCRIBED before me, under my hand and seal of office this, the 26th day of April 2024.

RYAN W. SHELTON
Notary Public, State of Texas
Comm. Expires 11-09-2025
Notary ID 133439714

By: ______________________
Notary Public, the State of Texas

91361 Bk OPR Vol 202 Pg 620

PARK
ENERGY SERVICES

Park Energy Services, LLC
1015 N Broadway, S #301
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0077909

5/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 5/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 5/1/2023 | 5/1/2023 | 5/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBRA<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

**EXHIBIT "A"**

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 202 Pg 421

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00791163

6/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 6/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 6/1/2023 | 6/1/2023 | 6/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK : CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91341 Bk OPR Vol 202 Pg 422

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00080425

7/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

Due Date: 7/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 7/1/2023 | 7/1/2023 | 7/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| Subtotal | $8,750.00 |
| Tax (0%) | $0.00 |
| Total | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 208 Pg 623

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0081692

8/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$8,750.00

**Due Date: 8/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 8/1/2023 | 8/1/2023 | 8/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $8,750.00 | $8,750.00 |

| | |
|---|---|
| **Subtotal** | $8,750.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $8,750.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 202 Pg 424

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00829949

9/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 9/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 9/1/2023 | 9/1/2023 | 9/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK : CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 202 Pg 625

PARK
ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#0084194

10/1/2023

**Bill To**

EL DORADO GAS AND OIL INC
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

**Due Date: 10/1/2023**

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 10/1/2023 | 10/1/2023 | 10/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| **Subtotal** | $9,500.00 |
| **Tax (0%)** | $0.00 |
| **Total** | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 202 Pg 626

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00085427

11/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1261 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 11/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 11/1/2023 | 11/1/2023 | 11/30/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK : CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 202 Pg 427

PARK ENERGY SERVICES

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

# Invoice

#00866411

12/1/2023

**Bill To**

EL DORADO GAS AND OIL INC.
1281 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00

Due Date: 12/1/2023

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 12/1/2023 | 12/1/2023 | 12/31/2023 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PARK - CUMMINS KTA19 - GEMINI H304-3**<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 202 Pg 628

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00087882

1/1/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1281 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$9,500.00
Due Date: 1/1/2024

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/1/2024 | 1/1/2024 | 1/31/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | PARK - CUMMINS KTA19 - GEMINI H304-3<br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $9,500.00 | $9,500.00 |

| | |
|---|---|
| Subtotal | $9,500.00 |
| Tax (0%) | $0.00 |
| Total | $9,500.00 |

REMIT TO : PARK ENERGY SERVICES ~ PO BOX 95318 ~ GRAPEVINE, TX 76099-9731
ACH PAYMENT INFO : REGIONS BANK ~ ACCOUNT # - 0194685304 ~ ABA/ROUTING # - 111900785

91361 Bk OPR Vol 202 Pg 629

Park Energy Services, LLC
500 N Broadway, S #300
Oklahoma City, OK 73102
AR@ParkEnergyServices.com
405.896.3169

PARK
ENERGY SERVICES

# Invoice

#00090400

1/9/2024

**Bill To**

EL DORADO GAS AND OIL INC.
1281 PASS ROAD
GULFPORT MS 39501
United States

**TOTAL**

$1,584.46

Due Date: 1/9/2024

| Terms | Invoice Date | Service Start Date | Service End Date |
|---|---|---|---|
| Due on receipt | 1/9/2024 | 1/9/2024 | 1/9/2024 |

| Quantity | Item | Options | Rate | Amount |
|---|---|---|---|---|
| 1 | **PROPERTY TAX**<br>365 DAYS 2023 PROPERTY TAX PAID BY PARK ENERGY SERVICES ON BEHALF OF ELD010 EL DORADO GAS AND OIL INC. IN ACCORDANCE WITH THE MASTER LEASE AGREEMENT 01/01/2023-12/31/2023<br><br>UNIT : 12812<br>LEASE : SBR FL STA D<br>COUNTY : MCMULLEN/TX<br>12812 COMPRESSOR | | $1,584.46 | $1,584.46 |

| | |
|---|---|
| Subtotal | $1,584.46 |
| Tax (0%) | $0.00 |
| Total | $1,584.46 |




THIS PLAT WAS COMPILED FROM
A SURVEY MADE UPON THE GROUND
UNDER MY SUPERVISION

STATE OF TEXAS REGISTERED RICHARD E. ZANDI 4824 PROFESSIONAL LAND SURVEYOR

By:

Laughlin-Simmons & Co. Of Texas
Oil Well Elevations and Locations
Professional Land Surveying
PH. 512-358-1498 FAX 512-358-6485
P. O. BOX 308
Beeville, Texas 78104-0308

DRAWING FILE: D:\DR\MCMULLEN\NO32-SBR

REVISION: 11-21-1995 WELL LOCATION REVISED

**SWIFT ENERGY COMPANY**

NO. 32 SBR **EXHIBIT "B"**

A. TREVINO SURVEY, A-860
SECTION 70, TWO RIVERS RANCH SUBDIVISION
MCMULLEN COUNTY, TEXAS

A.S. DATE: 11-17-1995 SCALE: 1"= 1000'

| Bk | Vol | Pg |
|---|---|---|
| 91361 OPR | 202 | 631 |

FILED FOR RECORD

This May 15,2024 at 10:15A
MATTIE SADOVSKY
CLERK COUNTY COURT MCMULLEN CO. TX
BY: Victoria Streeter

THE STATE OF TEXAS
COUNTY OF McMULLEN
I, MATTIE SADOVSKY, Clerk of the County Court of said county, do hereby certify that the foregoing instrument of writing, with its certificate of authentication was filed for record in my office this May 15,2024 at 10:15A and duly recorded the May 15,2024 in the McMullen County Records of said County,in VOL 202 on PAGE 616.
Witness my hand and the seal of the County Court of said County at the office in TILDEN, TEXAS the day and year last above written.

MATTIE SADOVSKY
CLERK, COUNTY COURT, MCMULLEN COUNTY, TEXAS

BY:Victoria Streeter

Victoria Streeter